(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Heartland Technology, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):   **36-1487580** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**53 W. Jackson Blvd.**<br>**Suite 1150**<br>**Chicago, IL 60604** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:    **Cook** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|
| ☐ Individual(s)              ☐ Railroad<br>■ Corporation              ☐ Stockbroker<br>☐ Partnership              ☐ Commodity Broker<br>☐ Other_____              ☐ Clearing Bank | ☐ Chapter 7          ■ Chapter 11          ☐ Chapter 13<br>☐ Chapter 9          ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
| **Nature of Debts** (Check one box)<br>☐ Consumer/Non-Business          ■ Business | **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.) |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br> 11 U.S.C. § 1121(e) (Optional) | Must attach signed application for the court's consideration<br>certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |

| **Statistical/Administrative Information** (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there<br>  will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ■ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |

(Official Form 1) (12/03)

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Heartland Technology, Inc.** | FORM B1, Page 2 |
|---|---|---|

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**See Attachment A** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X *Geoffrey S. Goodman*
Signature of Attorney for Debtor(s)

**Geoffrey S. Goodman**
Printed Name of Attorney for Debtor(s)

**Foley & Lardner LLP**
Firm Name

**321 North Clark Street**
**Suite 2800**
**Chicago, IL 60610**
Address

**312-832-5159  Fax: 312-832-4700**
Telephone Number

6-15-05
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**William Kaye**
Printed Name of Authorized Individual

**Chief Restructuring Officer**
Title of Authorized Individual
6-15-05
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

■ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)          Date

**Exhibit C**

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

In re   Heartland Technology, Inc. _____      Case No. _____
                                    Debtor(s)

## FORM 1. VOLUNTARY PETITION
### Attachment A

1. Heartland Technology, Inc.

2. HTI PG Design Electronics, Inc.

3. HTI Z Corp.

4. Solder Station One, Inc.

5. Zecal Technology, LLC

## United States Bankruptcy Court
### Northern District of Illinois

In re    Heartland Technology, Inc.

                                       Debtor

Case No. _____

Chapter _____ 11 _____

## Exhibit "A" to Voluntary Petition

1. If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is ___ 11-11956 ___

2. The following financial data is the latest available information and refers to debtor's condition on ___ January 31, 2005 ___ .

     a. Total assets          $ Between $500,000-$10,000,000 (depending on valuation)

     b. Total debts (including debts listed in 2.c.,below)      $ 21,000,000-34,000,000

     c. Debt securities held by more than 500 holders.

|  |  |  |  | Approximate number of holders |
|---|---|---|---|---|
| secured / / | unsecured / / | subordinated / / | $ 0.00 | 0 |
| secured / / | unsecured / / | subordinated / / | $ 0.00 | 0 |
| secured / / | unsecured / / | subordinated / / | $ 0.00 | 0 |
| secured / / | unsecured / / | subordinated / / | $ 0.00 | 0 |
| secured / / | unsecured / / | subordinated / / | $ 0.00 | 0 |

     d. Number of shares of preferred stock      0      0

     e. Number of shares of common stock      1,671,238      500

     Comments, if any:

3. Brief description of debtor's business:
   **See attached.**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   **Martin Roher (6.8%), Jerold Solovy (7.5%), Dorsey Gardner (8.1%)**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re   **Heartland Technology, Inc.**                                    Case No.  _____
                                          Debtor(s)

### Exhibit "A" to Voluntary Petition
#### Attachment A

The Company has no active operations.  It currently holds, through its ownership in HTI Interests, LLC and HTI Class B, LLC, general partnership interests in Heartland Partners, L.P. and CMC Heartland Partners as well as the Class B units in Heartland Partners, L.P.

## RESOLUTIONS OF BOARD OF DIRECTORS OF
## HEARTLAND TECHNOLOGY, INC.

The undersigned, being all of the directors of Heartland Technology, Inc., a Delaware corporation (the "Corporation"), hereby adopt the following resolutions at a duly noticed meeting of the Board of Directors of the Corporation held on August 12, 2004:

RESOLVED that it is in the best interests of the Corporation and its creditors that it hire William Kaye of ILL Consultants ("Kaye") as Chief Restructuring Officer ("CRO") to make strategic and operational decisions for the Corporation and to oversee the liquidation or other disposition of the Corporation's assets in connection with the chapter 11 case, including, without limitation, any negotiations, settlement and/or litigation with Heartland Partners, L.P. and CMC Heartland Partners without the need for any further approval of the Board; and it is further

RESOLVED, that the Corporation is authorized to retain Kaye as CRO upon the terms and conditions agreed upon by the Board and Kaye, to render management, financial and any other services for the Corporation that are necessary or appropriate both before and after commencement of the chapter 11 case; and it is further

RESOLVED, that the CRO, and such individuals as the CRO may so designate, are hereby authorized and directed on behalf of, and in the name of, the Corporation, to execute and verify a petition under chapter 11 of the Bankruptcy Code and to cause the same to be filed with the United States Bankruptcy Court for the Northern District of Illinois at such time as the CRO on behalf of the Corporation shall determine; and it is further

RESOLVED, that the CRO, and such individuals as the CRO may so designate, are hereby authorized to execute and file all petitions, schedules, lists, statements, applications, pleadings and other papers, to take all actions which the CRO may deem necessary or proper in connection with the chapter 11 case; and it is further·

RESOLVED, that the CRO, and such individuals as the CRO may so designate, are hereby authorized and empowered on behalf of, and in the name of, the Corporation, to retain and employ attorneys, accountants, and other professionals to assist in the Corporation's chapter 11 case on such terms as are deemed necessary, proper or desirable; and it is further

RESOLVED, that the CRO, and such individuals as the CRO may so designate (including counsel), are authorized and empowered to cause the Corporation to enter into, execute, deliver, certify, file and/or record, and perform, such agreements, instruments, motions, affidavits, applications for approvals of ruling of governmental or regulatory authorities, certificates and other documents, and to take such other actions, as in the judgment of the CRO or other such authorized individual shall be or become necessary, proper and desirable to prosecute to a successful completion the chapter 11 case consistent with the foregoing resolutions and to carry out and put into effect the purposes of the foregoing resolutions and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and it is further

RESOLVED, that the CRO, and such individuals as the CRO may so designate, are hereby authorized and directed to take any and all further actions and to execute and deliver any and all such further instruments and documents and to pay all such expenses (subject to approval by the Bankruptcy Court, if necessary), where necessary or appropriate in order to carry out fully the intent and to accomplish the purposes of the resolutions adopted herein; and it is further

RESOLVED, that all past actions taken by the CRO and the Corporation's officers in the name of and on behalf of the Corporation in furtherance of any or all of the preceding resolutions, are hereby in all respects ratified, confirmed, approved and adopted; and it is further

RESOLVED, that Article IV, Section 1 of the By-laws of the Corporation is hereby amended to delete the sentence that reads "Any two or more offices may be held by the same person except the offices of President and Secretary" and insert in lieu thereof the following: "Any two or more offices may be held by the same person"; and it is further

RESOLVED, that all of the persons currently serving as officers of the Corporation are hereby removed from such offices.

RESOLVED, that the CRO is hereby appointed to act as the President, Secretary and Treasurer of the Corporation, with the authority to act in the capacity of any such officer in furtherance of his responsibilities and duties as CRO.

Edwin Jacobson

Richard Brandstatter

Lawrence Adelson

Being all the directors of the Corporation

Heartland CM.txt
In re: Heartland Technology, Inc. (Debtor)

Odilon & Enedina Cardenas
21702 Polynesian Lane
Huntington Beach, CA 92646

TRW Automotive
12025 Tech Center Dr
Livonia, MI 48150

Edwin Jacobson
Diamond S Ranch
434 John Pettus Road
Goliad, TX 77963

John E Lee
1406 Montgomery Street
San Francisco, CA 94133

Martin Roher
MSR Capital Partners
555 Montgomery St, Suite 603
San Francisco, CA 94111

Ezra Zilkha
Zilka & Sons
767 Fifth Avenue
New York, NY 10153-0002

Neil Bluhm
LZ Partners LLC
900 N Michigan Ave, Suite 1900
Chicago, IL 60611

Heartland Partners, LP
55 Railroad Ave
Greenwich, CT 06830

Adcom Express
PO Box 390048
Minneapolis, MN 55439

American Stock Exchange, LLC
9509 Key West Avenue
Rockville, MD 20850

Barris Sott Denn Driker, PLLC
211 West Fort Street, 15th St
Detroit, MI 48226-3281

Bowne
325 West Ohio Street
Chicago, IL 60610-3080

Depository Trust Company
55 Water Street, 49th Flr
New York, NY 10041

D.F. King & Co., Inc
PO Box 1701
New York, NY 10268-1701

Ernst & Young

Heartland CM.txt

B of A - Chic. PO Box 96550
Chicago, IL 60693

LaSalle Bank
PO Box 729
Chicago, IL 60690-0729

Media General Financial Services
PO Box 85333
Richmond, VA 23293

PricewaterhouseCoopers LLP
PO Box 75647
Chicago, IL 60675-5647

Zigman, Joseph, Stephenson
735 W Wisconsin Ave, Suite 1200
Milwaukee, WI 53233

Virchow, Krause & Company, LLP
205 E Grand Avenue
Eau Claire, WI 54701

Edwin Jacobson
434 John Pettus Road
Goliad, TX 77963

Eli Arron
Box 786
New York, NY 10001

Mary L. Ackerman
Box 266
Monroe, MI 48161

Blanchet Adolphe
1st Natl Bank of Chicago
One First Nation Plaza
Chicago, IL 60670

David D. Aiken
4016 11th Street Pl
Des Moines, IA 50313

Robert H. Aldrich
215 Mass Ave
Arlington, MA 02174

Sandra M. Andersen
3215 S 52 Ct
Cicero, IL 60650

Murrel Anthony &
Margaret Anthony JT Ten
Box 356
Lannon, WI 53046

Miss Carrie E. Aughenbaugh
354 W. Philadelphia St
York, PA 17404

Catharine S.W. Bailey Est of
C/o W W Bailey

Page 2

Heartland CM.txt

Box 1750
St Thomas 00800 Virgin IS

Miss Lee Baker
345 Eighth Ave 8G
New York, NY 10001

Walter S. Baran
641 W. Fullerton Ave
Chicago, IL 60614

Miss Marion Bardes
The First Natl Bank of Chicago
C/o Research Dept
One First Nation Plaza
Chicago, IL 60670

Samuel Barkoo &
Mrs. Alma S. Barkoo JT Ten
1216 Altegeld St
Chicago, IL 60614

Beck & Co
C/o John J. Ryan and Co
80 Main Street
West Orange, NJ 07052

Carl P. Bellovich
Box 1320
San Rafael, CA 94902

Maurice Hollande Belpaume
The Chase Manhattan Bank N A
Securities Service, 22nd Fl
1 Chase Manhattan Plaza
New York, NY 10005

Robert & Harriet Biggy
1001 E. California St
Glendale, CA 91206

Harry G. Bock
10 3rd Ave SW
Glenwood, MN 56334

Brian A. Bourgeois
76 Chimney Ridge Dr
Covent Station, NJ 07961

Leo R Boyd Cust - Michael Boyd
Unif Gift Min Act Calif
1104 Culligan Blvd
San Jose, CA 95120

Leo R. Boyd &
Mrs Olga V Boyd JT Ten
C/o James Pendleton
1261 Lincoln Ave
San Jose, CA 95125

Joseph W. Brand &
Betty J Brand JT Ten
800 Montana Ave

Page 3

Heartland CM.txt

Deer Lodge, MT 59722

Thomas I Brennan
329 N. Main Street
New City, NY 10956

N V Maatschappy TOT Beheer
Van Hel Adm Van Amerikaaniche
Fondsen Apgerigt Door Broes &
Gorman Ten Have & Van Esseren
Jarmarn & Zoonen
Amsterdam, The Netherlands

Eleanor C. Brosnan
4 Royal Palm Way Apt 4308
Boca Roton, FL 33432

Lawrence L Brown Ex Est
Dorothy W Brown
C/o Abb A Katzman Esq
9 Berry Hill Road
Syosset, NY 11791

Mitchell A Brown
730 Maine St
Lawrence, KS 66044

Mrs. Elsa Quetting Bunce
43-17 221st St
Bayside L I, NY 11361

Martin C. Campbell
1121 Saint Anthony St
New Orleans, LA 70116

Karen Carmichael
3110 Main St
Tampa, FL 33607

Mrs. Margaret Till Carney
6120 Coliseum St
New Orleans, LA 70118

George J. Carstens &
Carleen W. Carstens JT Ten
4300 E Williams St
O'Neill, NE 68763

Alphonse Caruso
505 E Fairmont Dr
Tempe, AZ 85282

Annette Caruso
1309 N Wingra Dr
Madison, WI 53715

Michael A Caruso
2941 Fish Hatchery Rd
Madison, WI 53715

Edna A. Cash
1120 S Grand Ave
Los Angeles, CA 90015

Heartland CM.txt

Vincent Casieri &
Alfred Casieri JT Ten
910 Tremont Ave
Bronx, NY 10472

City of Stockton California
Att G E Poehner City Treas
C/o City Hall
Stockton, CA 95202

Morris J Coff
135 S LaSalle St Suite 1230
Chicago, IL 60603

Joan C. Coldren
Rd 1 Box 640B
Chestnut Hill Rd
Forest Hill, MD 21050

Mabel B Collette
825 W 187th St
New York, NY 10033

Robert Richardson Colton
40 S Parkway
Naperville, IL 60540

Lawrence T Cook
Ex Est Mrs Ella W McNulty
C/o Cook & Cook
320 N George St
Rome, NY 13440

Richard S. Constante Cust
Michael R. Constante Unif Gift
Min Act ILL
4731 W Schubert
Chicago, IL 60639

Edmund Contantini
828 Anderson Rd
Davis, CA 95616

The Credit Lyonnais
8494 Queen Victoria St
Box 81
London, England EC4P 4LX

Leo T. Crowley
516 W. Jackson Blvd
Chicago, IL 60606

Christine Camougis Cunavelis
97 Elm Street
Shrewsbury, MA 01545

Mr. Ronald Damsen
C/o Dean Witter Reynolds Inc.
Box 1320
San Rafael, CA 94902

Frank Darpa &

Page 5

Heartland CM.txt

Rose Darpa JT Ten
1608 N Mac Dill
Tampa, FL 33607

MME Jacques Lambert Decremeur
NEE Pauline Raulin Piat
7 Ruedes Giroflees
Monte Carlo
Principajte DE, Monaco

Georges Delahamaide
The First Natl Bank of Chicago
C/o Research Dept
One First Nation Plaza
Chicago, IL 60670

Delta Rho Sigman
C/o Mary A Carrigan
224 S Crestway
Wichita, KS 67218

Joseph G Demaria Cust
Joseph Demaria
UNIF Gift Min Act N Y
330 Winton Rd S
Rochester, NY 14610

Mrs Margaret Dematteis
71 Carnation Dr
Warwick, RI 02886

Craig Dougherty
One Laguna PL
Long Beach, CA 90803

Melvin R. Downey Cust
Brett Downey
UNIF Gift Min Act
C/o I E Taylor
1705 Francis
Des Moines, IA 50314

William A Drayton Jr.
C/o Merrill Lynch Pierce
Fenner & Smith
165 Broadway
New York, NY 10007

M Henri Dupuy
C/o MME Olliver Dupuy
Avenida JOA Crisostomo 70 2 D
Lisbonne, Portugal

William A Durcan
460 Tarry Town Road
White Plains, NY 10607

Dutour Marcel
The First Natl Bank of Chicago
C/o Research Dept
One First Nation Plaza
Chicago, IL 60670

Page 6

Heartland CM.txt

Edwin A Dvorak
2 S Bodin St
Hinsdale, IL 60521

Mary S. Egan
182 Hickory St
Mahtomedi, MN 55100

Samuel D. Ehrlich Cust
Linda Ehrlich
4517 Tamworth Ct
Orlando, FL 32809

F Matilda Ennis
Clayton, ID 83227

Calvin Estabrook
967 Pines Ter
Franklin Lanes, NJ 07417

Jerry Finkelstein
C/o Struthers Wells
Corporation
630 5th Ave
New York, NY 10020

Joan Finnegan
40 Eden St
Buffalo, NY 14220

Frank D. Fodero &
Dorothy A Fodero JT Ten
828 Stratford
Elmhurst, IL 60126

Lawrence L Foster
119 W Coed Hall MTU
Houghton, MI 49931

Fram & Co
PO Box 127
New York, NY 10008

Lizabeth H. Freeman
601 Pembroke Ave
Norfolk, VA 23507

William J. Froelich
C/o First National Bank
Box 629
O'Neill, NE 68763

C Fruithof
Schneeddij K 5
Breukelen Holland

Bernard F. Fuechtmann
1220 N 57th St #104C
St Petersburg, FL 33710

Orman R. Gilbert Cust
Barry R. Gilbert
805 W. Wausau

Heartland CM.txt

Wausau, WI 54401

John & Pearl Gililland
2145 F St NW
Washington, DC 20037

Sidney Glazer
Wayne State University
Detroit, MI 48202

Lionel S. Goldman
51 Colbourne Crescent
Brookline, MA 02146

Robert J Golub
3541 S 47th St
Milwaukee, WI 53220

Goodbody & Co
900 Investment Plaza
Cleveland, OH 44114

John A. Goodno
7375 Big Cypress Court
Miami, FL 33014

Ruth Gossin Cust
Leon Gossin
Unif Gift Min Act N Y
512 Seely RD
Syracuse, NY 13224

Raymond Grabowski
Box 812 800 Van Houten Ave
Clifton, NJ 07013

Richard S. Grabski &
Barbara M. Grabski JT Ten
30 Erie Dr
Fairport, NY 14450

Joseph E. Gream Est
C/o Mollie Iwaskow
42 10 82nd St
Elmhurst L I, NY 11373

Gilbert G. Groetsch
1136-40 Magazine St
New Orleans, LA 70130

Miss Maria Gutierrez &
Miss Teresa Marie Josefa
Gutierrez JT Ten
2 Avenue Pierre Ler De Serbie
F 75 Paris 16E, France

Joseph Saturn Guzman
Box 261 Main Office
Los Angeles, CA 90053

John R. Hamm
C/o The Marshall Company Inc.
111 East Wisconsin Ave

Page 8

Heartland CM.txt

Milwaukee, WI 53202

Robert Hannings
Box 52 Maynard Drive
Temple, NH 03084

Mrs Janice A Hanson Cust
Karen Hanson
411 West Lincoln St
Indianola, IA 50125

Sara Rose Hardenbergh
Tillson, NY 12486

Robert R. Hardman Sr.
418 S First St
Council Bluffs, IA 51501

Delmer L Hart CUST
Lillian Yvonne Hart
Duo
Rupert, WV 25984

Florence Hartley
The First Natl Bank of Chicago
C/o Research Dept
One First Nation Plaza
Chicago, IL 60670

Charles A. Haskins
C/o Union TR Co
Ellsworth, ME 04605

Roy H. Haslund &
Martha E. Haslund JT Ten
R 6 Box 137
Stillwater, MN 55082

Leo Hawkins
4029 E G St
Tocoma, WA 98404

Miss Rose Hayden
The First Natl Bank of Chicago
C/o Research Dept
One First Nation Plaza
Chicago, IL 60670

Peter Healy
263 Country Club Dr
Warwick, RI 02888

Delores A. Heiden
8824 W Clovernook Ct
Milwaukee, WI 53224

James Higgins
1511 Puente Ave
Baldwin Park, CA 91706

Miss Joyce Rita Hinkle
Camp Hill Plaza Apts Apt 4
114 November Dr

Heartland CM.txt

Camp Hill, PA 17011

Miss Katherine Ann Hinkle
3873 N Ruby St Apt 26
Schiller Park, IL 60176

Maurice Hocry
Fismes Marne, France

Mrs Margaret Holler
Valdese General Hospital
Valdese, NC 28690

Charles C. Hunter
Box 609
Hastings, NE 68901

H Wesselius & Co
Driekoningenstraat 4
Amsterdam, Holland

Louise Isaac
2707 Madison DT
Holloywood, FL 33020

Mrs Lambert De Cremeur Jacques
7 Rue Des Giroflees
Monte Carlo, Monaco

Monsieur Berthou Jacques
Place Victor Hugo
Laon Aisne, France

Miss Edna R. Johnson
114 W 18th
Kansas City, MO 64111

Spencer Johnson
1935 Fir Avenue
Reedsport, OR 97467

Arnold B. Joseph
2512 Tratman Ave
Bronx, NY 10461

Joseph P. Kalasmiki &
Nanjean J Kalasmiki JT TEN
425 St Jude
Green Bay, WI 54303

Arnold H Karow
C/o Guernsey City
4851 Gandy Blvd, Lot 33 Blvd 3
Tampa, FL 33611

John R Kay &
Sabra H Kay JT Ten
C/o H J Stickles
Chittenango, NY 13037

John Henry Keeling
63 Brook St
W London, England

Page 10

Heartland CM.txt

Arthur I Kelsey &
Irene R Kelsey JT Ten
2291 Gulf To Bay #326
Clearwater, FL 33575

Margaret Kennedy
11 Cottage Ave
Ansonia, CT 06401

Edward M Kinney
4715 Sheboygan Ave Apt 222
Madison, WI 53705

George F. Koenen
2107 Pinehurst
St Paul, MN 55116

Albert B Koorie
627 Hibernia Bk Bldg
New Orleans, LA 70112

Kray & Co.
120 S. Lasalle St
Chicago, IL 60603

P Gregg Kuehn Jr.
C/o The Marshall Company Inc.
111 East Wisconsin Ave
Milwaukee, WI 53202

Alice Lauzernal
Aux Faures Park Rabastens
Tarn, France

Steven Russell Lemberger
15 Cindy Lane
Wappinger Falls, NY 12590

Ted Lifson CUST
Gordon Lifson
UNIF Gift Min Act MD
Baltimore, MD 21208

Carl G. Lindbloom
341 N 39th St
Milwaukee, WI 53208

Robert David Lipp
398 Frederick St
San Francisco, CA 94117

Edwin F. Longley
109 C Mechanic St
Marlboro, MA 01752

Joseph H Loveman
333 Harlem Lane
Catonsville, MD 21228

Robert Machtenberg
342 E 15 St
New York, NY 10003

Heartland CM.txt

David E Madge
C/o West Seneca High School
4 Royal Crest Dr
Orchard Park, NY 14127

Abraham Mandel
155 E 93rd St
New York, NY 10128

Madame Vueve Mangin Rene Nee
Simon Margot
Saint Julien Les Metz Moselle
108 Rue Du General Diou
France

Market Realty Company
C/o Donald Guarnieri
151 E Market St
Warren, OH 44481

William J. Marshall Jr.
20 Church St
Greenwich, CT 06860

Mons Arthur Matkins
Ollie Du Valois
Chantilly Oise, France

James J. May
C/o The Marshall Company Inc.
111 East Wisconsin Ave
Milwaukee, WI 53202

Hurlbert Mc Andrew
326 Union Ave
Mamoroneck, NY 10543

Lauretta H MC Caffrey
27 Academy St
Skaneateles, NY 10543

Edward G McClallen
12 Birchwood Ave
Rutland, VT 05701

Miss Mary Mc Donald
7 Maple Hill Road
Hopkins, MN 55343

Warren R McGee
Mrs Bernice McGee JT Ten
427 S 8th
Livington, MT 59047

Trevor L Mc Kissick
Box 4648
Macom, GA 31208

Mons Louis Merckx
25 Rue De Breval
Bonnieres Sero, France

Heartland CM.txt

Judith Meyersfield
76 Park Row
Lawrence, NY 11559

Neil G. Mullaly
18169 Swiss Dr
Spring Lake, MI 49456

Kenneth J. Ohringer
200 E 62nd St
New York, NY 10021

Mrs Kate Olsen
Box 661
Grand Haven, MI 49417

Timothy V. Omahony
5240 N Laramie Ave
Chicago, IL 60630

Laurel A Oren Cust
Gary A Oren
Unif Gift Min Act Calif
450 Port Royal
Foster City, CA 94404

Laurel A Oren Cust
Pamela D Oren
Unif Gift Min Act Calif
67 Bovet Rd
San Mateo, CA 94402

Laurel A Oren Cust
Robyn L Oren
Unif Gift Min Act Calif
450 Port Royal
Foster City, CA 94404

Orrin Henry & Co
C/o Irving Trust Co
One Wall St
New York, NY 10015

Mrs Trudie Oxenberg
205 Revere Rd
Roslyn, NY 11577

H Sheldon Parker Jr
Sara Ann Lawler Parker JT Ten
195 Mt Lebanon Blvd
Pittsburgh, PA 15228

Virginia W Parsons
River Rd
Cape Neddick, ME 03902

Robert L Perkins Jr.
154 E Clinton Ave
Tenafly, NJ 07670

Andre Perrier
A Epeautrolles Par Illiers
Eure Et Loir

Page 13

Heartland CM.txt

France

Roger A Pies
8205 Bellsmill Rd
Potomac, MD 20854

Max Platzelman
72 Glen Cove
Chesterfield, MO 63017

George T Plowman
C/o Shareholder Research MW 8
One First Nation Plaza
Chicago, IL 60670

Lloyd & Hilda Pomeroy
1265 Maple Road
Manistee, MI 49660

Patrick Powers
Prins Hendrikhon 4
Wassenaar
The Netherlands

Alfred Prinz
847 E Lake Forest Ave
Milwaukee, WI 53217

Morris J Rabe III
2010 S Salcedo St
New Orleans, LA 70125

Charles R Randall
250 Fulton Ave
Hempstead, NY 11550

Dolores Mary Raymond
Miss Marilyn Ann Raymond JT Ten
Hobson Rd
Naperville, IL 60540

Madame Marie Razel
Davignac Correze
France

Jacqueline Renney &
Bud D Klien TR UA SOL D
Klien Deceased
Box 609
Stockton, CA 95201

Mary E. Richards
3814 N 15th St
Philadelphia, PA 19140

Mildred S Rohter Cust
Lawrence Rohter
Unif Gift Min Act Ill
6145 N Bernard
Chicago, IL 60645

Everett M. Root &
Mrs Laura E Root JT Ten

Heartland CM.txt

165 S Layton Dr
Los Angeles, CA 90049

David & Beverly Rosenstein
1057 Brittany Rd
Highland Park, IL 60035

Herbert H Roth & Lydia T
Roth JT Ten
2925 N Greenfield Rd 201
Phoenix, AZ 85016

Roth Gerard & Co
555 Madison Ave
New York, NY 10022

Fred A Rozum Cust
David W Rozum
Unif Gift Min Act Ill
516 W Judd
Woodstock, IL 60098

Miss Maurine D Ryan
The Kennedy Warren 810-A
3133 Connecticut Ave NW
Washington DC, 20008

Lloyd A Salked &
Patricia A Salkeld JT Ten
10352 Wish Ave
Granada Hills, CA 91344

Raymond Sandegren
4102 N 32nd
Tacoma, WA 98407

Thomas Sandegren
4102 N 32nd
Tacoma, WA 98407

Barton W. Scharf
6410 Roosevelt Blvd
Philadelphia, PA 19149

Mrs Sophie I Schloss
626 S Cochran Ave Apt 2
Los Angeles, CA 90036

Daniel C Schmitz
3210 Pine Lake Rd
West Bloomfield, MI 48033

Lauretta A Schoen
494 S Curtis Rd
West Allis, WI 53214

Martin Schwartz Cust
Amy Schwartz
Unif Gift Min Act NY
37 Riverside Dr
New York, NY 10023

Jessie E Scott

Heartland CM.txt

3811 14th St S
Arlington, VA 22204

Mrs Sophie Scriffin
Box 146
Thermopolis, WY 82443

Rupert L Sharick &
Chester W Sharick JT Ten
Oregon, IL 61061

Edward I Singer
1600 Hagysford Rd Apt 1C
Narberth, PA 19072

Gertrude H Smith
18 Washington St
Brewer, ME 04412

Wharton C Smith
460 Portland Ave
St Paul, MN 55102

Smith Barney Harris Upham & Co
Incorporated
333 West 34th Street
New York, NY 10001

Ken & Siri Soberblow Cust
Unif Gift Min Act Ill
1000 Lake Shore Dr
Chicago, IL 60611

Carl Solheim
1633 Aldoro Dr
Waukesha, WI 53186

Miss Mae Stanley
2924 E 92nd St
Chicago, IL 60617

Mrs Wendell Miller Steavenson
655 Park Ave
New York, NY 10021

Robert Steingut
1298 President St
Brooklyn, NY 11213

Jamie G Steuer Cust
Jamie E Steuer
Unif Gift Min Act Wis
81 Cambridge Rd
Madison, WI 53704

St Marks Hospital
2nd W & 7th N
Salt Lake City, UT 84103

Mrs Anomi Strickland Cust
Tommy Stewart
Unif Gift Min Act N Y
223 Delancey Ave

Heartland CM.txt

Mamaroneck, NY 10543

Mrs Naomi Strickland
223 Delancey Ave
Mamoroneck, NY 10543

Paul Szinyakovice
2702 W Highland Blvd
Milwaukee, WI 53208

Miss Rosemary Tafaro
1223 Gardena Dr
New Orleans, LA 70122

Lottie Terry Estate of
James M Terry
201-03 W Bellville St
Marion, KY 42064

Unicorn Realty & Investment Co
595 Clifton Ave
Newark, NJ 07114

Tony Urso &
Gladys Urso JT Ten
2918 Main St
Tampa, FL 32607

Edwin D Van Riper
6 Berkley Pl
Fairlawn, NJ 07410

Isabelle Vasticar
The First Natl Bank of Chicago
C/o Research Dept
One First Nation Plaza
Chicago, IL 60670

Miss Adelaide E Vosburgh
RTE 385
Athens, NY 12015

Woodrow W Wagner
1887 Brush Hill Rd
Jacksonville, FL 32211

Madam Jean Baptiste Wallez
Villa Can Alegre
Postals Nous
Mallorca, Spain

Johanna A Wier &
Samuel B Weir JT Ten
269 Waverly Rd
Morton, PA 19070

Albert J Weiss Cust
David Weiss
Unif Gift Min Act MD
8201 Crandwood Ct
Baltimore, MD 21208

Charlotte Weiss

Heartland CM.txt

C/o W Margolis
1830 Meridan Ave Apt 404
Miami Bch, FL 33139

Albert A Wettengel &
Hubert W Wettengel & Hubert O
Wolfe Execs Est Ida M
Wettengel
C/o H W Wettengel Box 952
Minneapolis, MN 55440

Albert A Wettengel A Life Est
1/2 & Hubert W Wettengel 1/2
C/o Hubert W Wettengel
Box 952
Minneapolis, MN 55440

Hubert W Wettengel
Box 952
Minneapolis, MN 55440

Elizabeth Ann Weug
945 Protano Ln
Mamoroneck, NY 10543

Kathleen Mary Weug
81 Mill St
Binghamton, NY 13903

Sally Jean Weug
5 James Avenue P D
Binghamton, NY 13901

Gertrude H Wiley
913 Lansing St
Philadelphia, PA 19111

Emory Williams
1630 North Sheridan Road
Wilmette, IL 60091

Miss Jane W Wilson
630 East Lincoln Ave
Mt Vernon, NY 10552

Pocahontas Butler Woodson
122 Geneseo Rd
San Antonio, TX 78209

Jerome J Adelman
9 Alexander Rd
E Brunswick NJ 08816

Ralph H Arnold
28 Millett Ave Ste 4S
Weymouth, MA 02190

Miss Carrie E. Aughenbaugh
354 W Philadelphia St
York PA 17404

Elton B Barnes &
Stella C Barnes JT Ten

Page 18

Heartland CM.txt

4102 Camino De La Colina
Tuscon AZ 85711

Maurice Hollande Belpaume
The Chase Manhattan Bk N A
Securities Service, 22nd Fl
1 Chase Manhattan Plaza
New York NY 10005

Robert F Biggy &
Harriet T Biggy JT Ten
1001 E California St
Glendale CA 91206

Gaynell Gex Billups
625 East Beach Pass
Christian MS 39571

Walter W Birchett &
Frances H Birchett JT Ten
4926 Sedgwick St NW
Washington DC 20016

Charles S Bolles
5044 16th Ave S
Minneapolis MN 55417

Philip G Bower
810 Chinoe Rd
Lexington KY 40502

Miss Margaret N Brady
Box 428
Miami FL 33101

N V Maatschappy Tot Beheer
Van Hel Adm Van Amerikaaniche
Fondsen Apgerigt Door Broes &
Gorman Ten Have & Van Esseren
Jarmarn & Zoonen
Amsterdam The Netherlands

Mrs Elsa Quetting Bunce
43-17 221st St
Bayside L I NY 11361

Mary Ellen W Carruth
681 Razorback Rd
Fayetteville AR 72701

Cede & Co
P O Box 20
Bowling Green Station
New York NY 10274

Margarethe B Culbertson
6015 Camino De La Costa
La Jolla CA 92037

MME Jacques Lambert Decremeur
& Nee Pauline Raulin Piat
7 Reudes Giroflees
Principajte De Monte Carlo

Heartland CM.txt

Monaco

Miss Laurel A Dimminger
709 Pkwy S
San Francisco CA 94080

William A Drayton Jr.
C/O Merril Lynch Pierce
Fenner & Smith
165 Broadway
New York NY 10007

William A Durcan
460 Tarry Town Rd
White Plains NY 10607

Miss Anna M Eggers
215 W 104 St
Box 79 Cathedral Sta
New York NY 10025

I Robert Epstein
7733 Forsyth
St Louis MO 63105

Anna Erdey
43-34 46th St
Woodside L I NY 11368

Pauline Feder
176 Salem Rd
Westbury L I NY 11590

Mrs Hattie L Fetterman
5313 Collins Ave Apt 1103
Miami Beach FL 33140

Mrs Hattie P Fetterman
5313 Collins Ave Apt 1103
Miami Beach FL 33140

Robert N Fillmore
97 Whaley St
Freeport NY 11520

Hartwell E Gex
1217 East Second Pass
Christian MS 39571

Joseph W Gex
966 South Beach Bay
St Louis MS 39520

Lionel S Goldman
51 Colbourne Crescent
Brookline MA 02146

Llewellyn D Griffiths
302 N Abington Rd
Clarks Green PA 18411

Rosemary M Hansemeyer Cust
John P Hansemeyer JR UNIF

Page 20

Heartland CM.txt

Gift Min Act Ill
835 Forest
Belleville IL 62221

Alice F Hayes
6 Littlefield Rd
Acton MA 01720

Miss Helen Herrmann
25 Brookwillow Ave
W Long Branch NJ 07764

Mrs Nancy B Hughes
1011 Pinewood Crescent
Ottowa Ont Canada

George H Hulme
37 Eden St
Framingham MA 01701

Monsieur Berthou Jacques
Place Victor Hugo
Laon Aisne, France

Rowena Vawdrey Johnson
15 Landsdowne Crescent
Malvern Worcester England

Miss Sara Jorans &
Mrs Sheila Hendlin JT Ten
220 W 98 St Apt 3A
New York NY 10025

Morris Katz EX UW
Louis J Tonk
120 Cabrini BLVD
New York NY 10033

John R Kay &
Sabra H Kay JT Ten
C/o H J Stickles
Chittenango NY 13037

Edwin Keech
1005 Capitol Tower
Salem OR 97301

Jessica A Keister
1425 S Park Blvd
Freeport IL 61032

Kidder Peabody & Co
Incorporated
20 Exchange Pl
New York NY 10005

Frank E King
3443 Portland Ave Apt 2
Minneapolis MN 55407

Clare S Knittle
30 Nathan Hale Dr
Huntington L I NY 11743

Heartland CM.txt

Miss Sadie Krauss
C/O The Hibernia Natl Bk
Box 1540
New Orleans LA 70105

Edward D Lawler
48 Wheeler Dr
Hazardville CT 06036

Charles F Lawley
R D # 5
Shavertown PA 18708

Martin Lien & Sina Lien JT Ten
808 Third St N
Montevideo MN 56265

Bert S Lipton &
Hilde Lipton JT Ten
271 Jayne Ave Apt 7
Oakland CA 94610

George & Mary Lites
911 Mitchell St
Petoskey MI 49770

Aaron Lowenstein
TR UA NOV 6 85
Aaron Lowenstein
334 Iron St
Negaunee MI 49866

Abraham Mandel
155 E, 93rd St
New York NY 10128

Hurlbert Mc Andrew
326 Union Ave
Mamaroneck, NY 10543

Walter Mc Auliffe JR
4 David Ter
White Plains NY 10603

Samuel Nadler
3445 Royal Palm Ave
Miami Beach FL 33140

Loraine H Neufang
926 New England Ave
Dayton OH 45429

Paine Webber Jackson & Curtis
25 Broad St
New York NY 10004

Mrs Mary Perlstein
815 S Broad St
Trenton NJ 08611

Aline Margaret Phillips &
Earl T Phillips JT Ten

Heartland CM.txt

Rte 1 Box 98
Edgerton MO 64444

C Stanley Rauch
1751 Hannington Ave
Wantagh L I NY 11793

Murel L Roberts &
Elma Roberts JT Ten
617 S Main St
Butte MT 59701

Louise Rogers
500 Angell St
Providence RI 02906

Martha W Rogers
Box 88 193
Indianapolis IN 46208

Miss Doris Rowell
37 Chester St
Stamford CT 06905

Mignon Knight Schaer
335 Crystal Court
Little Rock AR 72205

George & Bernadetter Springer
1033 S Belmont Ave
Arlington Heights IL 60005

William H Steidtmann &
Joan S Steidtmann JT Ten
Rt 2 Box 62A
Onalaska WI 54650

Estate of James L Stulb Sr
C/O James L Stulb Jr Agent &
Attorney In Fact
Gulf Shipping CO
1220 Whitney Bldg
New Orleans LA 70130

Paul Szinyakovice
2702 W Highland Blvd
Milwaukee, WI 53208

Gerald R Tegner
1744 Glenarm Pl
Dover Hotel 149
Denver CO 80202

Lottie Terry Estate of
James M Terry
201-03 W Bellville St
Marion KY 42064

Ulric Leo Thain
Rte 1
Concord NH 03301

Alice C Upton

Heartland CM.txt

54 Atlantic Ave
Marblehead MA 01945

Miss Anna E Wagner
425 W Girard Ave
Philadelphia PA 19123

James L Wainscott &
Mrs Ray Deane B Wainscott
JT Ten
6510 Osborn
Hammond IN 46320

Miss Susan M Warren
Thomson House St Johnland
Kings Park NY 11754

Mrs Celia Weiner
6751 N Sheridan Rd
Chicago IL 60626

Bradley R Wentzel
L235 Bowman Rd Rte 4 Box 16A
Wisconsin Dells WI 53965

Hubert W Wettengel
Box 952
Minneapolis MN 55440

Edwin W Wicking
Mrs Hazel Wicking &
Paul Bloch JT Ten
Box 1391
Alameda CA 94501

Elizabeth H Willette
Apartado Postal 294
Chapala
Jalisco Mexico

Marjorie L Williams
2020 Continental Ave Apt 11
Tallahassee FL 32304

Lillian M Wilson
5719 18th Ave NE
Seattle WA 98105

Mrs Grace Wirth
C/O Harold L Coffin
602 Spokane & Eastern Bldg
Spokane WA 99201

Dorothy E Woodward
1833 Turner St
Allentown PA 18104

Kathryn L Zwisler & Mary Ellen
Kelly TR UW John Albert Zwisler
C/O Mrs Kathryn L Zwisler
404 S 6th St
Mattoon IL 61938

Heartland CM.txt

CT Corporation
EDGAR Service Team 1
EDGAR Service Center
14 Wall Street
11th Floor
New York NY 10005

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Heartland Technology, Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **337**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **June 15, 2005** _____

_____

**William Kaye/Chief Restructuring Officer**
Signer/Title