UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| HEARTLAND TECHNOLOGY, INC., et al., ) | |
| ) | Case No. 05 B 23747 |
| ) | |
| Debtors. ) | Honorable Eugene Wedoff |
| ) | |
| ) | (Jointly Administered) |

**NOTICE OF HEARING ON FIRST AND FINAL APPLICATION FOR
COMPENSATION AND REIMBURSEMENT OF FEES AND EXPENSES
OF FOLEY & LARDNER LLP AS COUNSEL TO THE DEBTORS**

**TO:**   See Attached Service List

**PLEASE TAKE NOTICE** that on the **26th** day of **January, 2006** at **10:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Eugene Wedoff or any judge sitting in his place and stead, in Room 744 of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present the **FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF FEES AND EXPENSES OF FOLEY & LARDNER LLP AS COUNSEL TO THE DEBTORS** (the "Application").

The Application, together with all exhibits, was filed with the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois 60604 on January 6, 2006. The Application seeks interim and final allowance of fees in the amount of $45,830.00 and reimbursement of expenses incurred in the amount of $3,902.49 for the period from June 15, 2005 through November 15, 2005. Copies of the Application, with exhibits, are available upon request, at no cost, by contacting Foley & Lardner LLP, Attn: Katherine E. Hall, khall@foley.com, 321 North Clark Street, Suite 2800, Chicago, IL 60610.

Dated: January 6, 2006

                FOLEY & LARDNER LLP

                By: /s/ Geoffrey S. Goodman
                    David B. Goroff (No. 6190039)
                    Geoffrey S. Goodman (No. 6272297)
                    Derek L. Wright (No. 6276201)
                    Foley & Lardner LLP
                    321 North Clark Street, Suite 2800
                    Chicago, IL 60610
                    (312) 832-4500
                    (312) 832-4700 - fax

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, certifies that on January 6, 2006 he caused true and correct copies of the foregoing NOTICE OF HEARING ON FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF FEES AND EXPENSES OF FOLEY & LARDNER LLP AS COUNSEL TO THE DEBTORS to be served via first class mail on the individuals listed on the attached Creditors & Parties in Interest Service List. In addition, he caused a true and correct copy of the Application to be served via first class mail on the individuals listed on the attached Core Service List.

                                                        /s/ Geoffrey S. Goodman

IN RE: HEARTLAND TECHNOLOGY, INC. et al.
## CORE SERVICE LIST

Roman Sukley
Office of the United States Trustee
227 West Monroe Street, Suite 3350
Chicago, Illinois 60606
(312) 886-5785
(312) 886-5794 – Fax

Air Products & Chemicals
c/o Adair, Kaul, Murphy, Axelod
300 Linden Oaks, Suite 220
Rochester, NY 14625

BTB Marketing Communications
900 Ridgefield Drive
Suite 270
Raleigh, NC 27609

Edwin Jacobson
Diamond S. Ranch
434 John Pettus Road
Goliad, TX 77963

Ernst & Young, LLP
233 South Wacker Drive
Chicago, IL 60606

George J. Carstens &
Carleen W. Carstens JT Ten
2212 Eastwood Drive
Richardson, TX 75080-2609

Goodbody & Co.
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

PricewaterhouseCoopers LLP
PO Box 75647
Chicago, IL 60675-5647

Hudson Highland Group
10 S. Wacker Drive, Suite 2600
Chicago, IL 60606

TRW Automotive
12025 Tech Center Drive
Livonia, MI 48150

Vincent E. Lazar
Paul V. Possinger
Jenner & Block LLP
One IBM Plaza
330 N. Wabash Ave, Suite 3800
Chicago, IL 60611
(312) 222-9350
(312) 527-0484 - Fax

John E. Lee
1406 Montgomery Street
San Francisco, CA 94133

LMT Computer Systems
PO Box 18503
Rochester, NY 14618-0503

Lovell Safety Mgmt (State Ins Fund) c/o Gellis
& Melinger
137 Fifth Avenue
New York, NY 10010

Market Realty Company
c/o Donald Guarnieri
151 E. Market Street
Warren, OH 44481

Martin Roher
MSR Capital Partners
555 Montgomery Street, Suite 603
San Francisco, CA 94111

Neil Bluhm
LZ Partners LLC
900 N. Michigan Ave., Suite 1900
Chicago, IL 60611

Odilon & Enedina Cardenas
21702 Polynesian Lane
Huntington Beach, CA 92646

Orrin Henry & Co.
c/o Irving Trust Co.
One Wall Street
New York, NY 10015

Virchow, Krause & Company, LLP
115 South 84th Street
Suite 400
Milwaukee, WI 53214

CHIC_1273923.1

# CREDITORS & PARTIES IN INTEREST SERVICE LIST

ADVANCED PLASTIC & MATERIAL
C/O SLATER & TENGLIA, P.A.
301 3RD STREET
OCEAN CITY, NJ 08226

ALTHOR PRODUCTS
23 FRANCIS CLARKE CIRCLE
BETHEL, CT 06801

APA TRANSPORT
C/O LOGISTIC SOLUTIONS
1757-58 VETERANS MEMORIAL HIGHWAY
ISLANDIA, NY 11749-1535

ASSOCIATED RACK CO
C/O NCO FINANCIAL SYSTEMS
3850 N CAUSEWAY BLBD, SUITE 200
METAIRIE, LA 70002

ATTEST SYSTEMS, INC.
C/O CA SERVICE BUREAU OF MARIN CTY
PO BOX 1828
NOVATO, CA 94948

BLUESTONE MOTOR LINES
2901 ELLSWORTH ROAD
NORTONVILLE, KS 66060

CASCADE MICROTECH
2430 N.W. 206TH
BEAVERTON, OR 97006

CERAMTEC NORTH AMERICA
C/O MCKENZIE, BECKER & STEPHENS
PO BOX 1967, 8 HOLLEY STREET
LAKEVILLE, CT 06039

COLE PARMER INSTRUMENT
C/O DON MAR SERVICE CORPORATION
500 W PALATINE ROAD
WHEELING, IL 60090-5842

DAVIS INTERNATIONAL
1225 CLIFFORD AVE
ROCHESTER, NY 14621

DAY-TIMER
PO BOX 27001
LEHIGH VALLEY, PA 18002-7001

DELAWARE SECRETARY OF STATE
PO BOX 74072
BALTIMORE, MD 21274-4072

DELTA SALES ASSOCIATES
PO BOX 238
BUFFALO, NY 14231-0238

DORTEX CORP.
C/O AARON, DAUTCH, STERNBERG
43 COURT STREET, SUITE 730
BUFFALO, NY 14202-3172

DYNATRONIX
462 GRIFFIN BLVD.
AMERY, WI 54001

EARTHLINK
C/O KEVIN L. STRING, L.P.A.
PO BOX 221406
CLEVELAND, OH 44122

ELECTRONIC CIRCUIT SUPPLIES
1022 BUTLER PARK RD.
WASHINGTON, NJ 07882

EDWARDS PRESS
C/O TELLER, LEVIT & SILVERTRUST, P.C.
11 EAST ADAMS STREET
CHICAGO, IL 60603

ETCHOMATIC
C/O UNITED MERCANTILE AGENCIES
7-11 SOUTH BROADWAT
WHITE PLAINS, NY 10602-0829

FISHER SCIENTIFIC
7373 KIRKWOOD COURT
SUITE 200
MINNEAPOLIS, MN 55369

FLEET NATIONAL BANK
C/O HAMILTON COLLECTION AGENCY
PO BOX 419
EAST BRUNSWICK, NJ 08816

FRONTIER TELEPHONE
C/O CREDIT BUREAU OF ROCHESTER
19 PRINCE STREET
ROCHESTER, NY 14607

GE CAPITAL MODULAR SPACE
C/O LOCKE ASSOCIATES
3612 WEST AVENUE
BURLINGTON, IA 52801

GLOBAL CONTACT
383 KINGS HIGHWAY NORTH
SUITE 210
CHEERY HILL, NJ 08034

WW GRAINGER
C/O GETMAN BIRYLA, LLP
800 RAND BUILDING, 14 LAFAYETTE SQ
BUFFALO, NY 14203-1995

GREENWALD & BASCH, LLP
349 WEST COMMERCIAL STREET
SUITE 2490
EAST ROCHESTER, NY 14445

HACH COMPANY
C/O DAL, INC.
300 EAST MADISON AVENUE
CLIFTON HEIGHTS, PA 19018-0162

HP FINANCIAL SERVICES
420 MOUNTAIN AVENUE
PO BOX 6
MURRAY HILL, NJ 07974

HI-REL LABORATORIES
6116 NORTH FREYA
SPOKANE, WA 99217

KEPPLER CULLIGAN
31 LEWIS ROAD
AKRON, NY 14001

KOPYKAT
2207 SHERBURNE RD
WALWORTH, NY 14568-9589

LAB SAFETY SUPPLY
C/O MCCARTHY, BURGESS & WOLFF
26000 CANNON ROAD
CLEVELAND, OH 44146

LIFE SCIENCE LABORATORIES
5854 BUTTERNUT DR.
E. SYRACUSE, NY 13057

RW LINDSAY
581 ROCK BEACH ROAD
ROCHESTER, NY 14617

LMT COMPUTER SYSTEMS
C/O D&B RECEIVABLE MGMT
6500 ROCKSIDE AVE
INDEPENDENCE, OH 44131-8023

MACMILLAN, SOBANSKI& TODD, LLC
ONE MARITIME PLAZA, FOURTH FLOOR
720 WATER STREET
TOLEDO, OH 43604

MANCUSO BUSINESS DEVELOPMENT GROUP
56 HARVESTER AVE.
BATAVIA, NY 14020

MANUFACTURERS NEWS
C/O D&B RECEIVABLE MGMT
PO BOX 523
RICHFIELD, OH 44286

MATRIX COMMUNICATIONS GROUP
126 DWIGHT PARK CIRCLE
SYRACUSE, NY 13209

MEGAPHASE, LLC
C/O DAL, INC.
300 EAST MADISON AVENUE
CLIFTON HEIGHTS, PA 19018-0162

NATIONWIDE LIFE INSURANCE
P.O. BOX 2399
COLUMBUS, OH 43216

NEXTEL PARTNERS
C/O AWA COLLECTIONS
PO BOX 6605
ORANGE, CA 92863-6605

PAETEC COMMUNICATIONS
C/O CAPITAL MGMT SERVICES
726 EXCHANGE STREET, SUITE 700
BUFFALO, NY 14210

PITNEY BOWES CREDIT CORP
C/O CAINE & WEINER
15025 OXNARD ST, SUITE 100
VAN NUYS, CA 91409-8500

QUILL CORPORATION
C/O KEVIN L. STRING, L.P.A.
PO BOX 221406
CLEVELAND, OH 44122

RELIABLE CORPORATION
C/O KEVIN L. STRING, L.P.A.
PO BOX 221406
CLEVELAND, OH 44122

SETON CORPORATION
C/O VENGROFF, WILLIAMS & ASSOCIATES
PO BOX 4155
SARASOTA, FL 34230-4155

SPECIALTY TECHNICAL PUBLISHERS
UNIT 10, 1225 EAST KEITH ROAD
NORTH VANCOUVER, B.C. V7J 1J3

2

| Column 1 | Column 2 | Column 3 |
|---|---|---|
| SPECTRUM<br>FILE NO 11990<br>LOS ANGELES, CA 90074-1990 | UPS<br>C/O D&B RECEIVABLE MGMT<br>PO BOX 523<br>RICHFIELD, OH 44286 | LEO R. BOYD &<br>MRS OLGA V BOYD JT TEN<br>C/O JAMES PENDLETON<br>1261 LINCOLN AVE<br>SAN JOSE, CA 95125 |
| SPRINT CONFERENCING SERVICES<br>PO BOX 101343<br>ATLANTA, GA 30392-1343 | US FILTER<br>C/O ALLAN R. TITLEBAUM & ASSOCIATES<br>P.O. BOX 1008<br>ARLINGTON HEIGHTS, IL 60006 | THOMAS I BRENNAN<br>329 N. MAIN STREET<br>NEW CITY, NY 10956 |
| SPRINT PCS<br>C/O HARVARD COLLECTION SERVICES<br>4839 N. ELSTON AVENUE<br>CHICAGO, IL 60630-2534 | VERIZON<br>C/O CBCS<br>P.O. BOX 69<br>COLUMBUS, OH 43216 | ELEANOR C. BROSNAN<br>4 ROYAL PALM WAY APT 4308<br>BOCA ROTON, FL 33432 |
| SPRINT COMMUNICATIONS<br>C/O NCO FINANCIAL SYSTEMS<br>PO BOX 41417, DEPT 99<br>PHILADELPHIA, PA 19101 | VWR INTERNATIONAL<br>C/O UNITED MERCANTILE AGENCIES<br>7-11 SOUTH BROADWAY<br>WHITE PLAINS, NY 10602-0829 | LAWRENCE L BROWN EX EST<br>DOROTHY W BROWN<br>C/O ABB A KATZMAN ESQ<br>9 BERRY HILL ROAD<br>SYOSSET, NY 11791 |
| STAPLES<br>DEPT 82<br>PO BOX 9020<br>DES MOINES, IA 50368-9020 | XEROX CORPORATION<br>C/O S.S. SAMPLINER & CO., INC.<br>505 EIGHTH AVE.<br>NEW YORK, NY 10018 | MRS. ELSA QUETTING BUNCE<br>43-17 221ST ST<br>BAYSIDE L.I., NY 11361 |
| SUBURBAN PROPANE<br>3225 CHILI AVE.<br>ROCHESTER, NY 14624 | XPEDX<br>C/O AMERICAN BUREAU OF COLLECTIONS<br>1100 MAIN STREET<br>BUFFALO, NY 14209-2356 | MARTIN C. CAMPBELL<br>1121 SAINT ANTHONY ST<br>NEW ORLEANS, LA 70116 |
| TECHNIC, INC.<br>P.O. BOX 9650<br>PROVIDENCE, RI 02940 | ADCOM EXPRESS<br>PO BOX 390648<br>MINNEAPOLIS, MN 55439 | KAREN CARMICHAEL<br>3110 MAIN ST<br>TAMPA, FL 33607 |
| TECHNI-TOOL<br>1547 N. TROOPER ROAD<br>P.O. BOX 1117<br>WORCESTER, PA 19490-1117 | AMERICAN STOCK EXCHANGE, LLC<br>9509 KEY WEST AVENUE<br>ROCKVILLE, MD 20850 | MRS. MARGARET TILL CARNEY<br>6120 COLISEUM ST<br>NEW ORLEANS, LA 70118 |
| TEMP-PRESS<br>95 MT. READ BLVD.<br>ROCHESTER, NY 14611 | BARRIS SOTT DENN DRIKER, PLLC<br>211 WEST FORT STREET, 15TH ST<br>DETROIT, MI 48226-3281 | GEORGE J. CARSTENS &<br>CARLEEN W. CARSTENS JT TEN<br>4300 E WILLIAMS ST<br>ONEILL, NE 68763 |
| TERMINIX<br>C/O NATIONWIDE CREDIT, INC.<br>2015 VAUGHN ROAD, BLDG. 400<br>KENNESAW, GA 30144-7802 | BOWNE<br>325 WEST OHIO STREET<br>CHICAGO, IL 60610-3080 | ALPHONSE CARUSO<br>505 E FAIRMONT DR<br>TEMPE, AZ 85282 |
| TMP.WORLDWIDE<br>225 WEST WACKER DRICE, SUITE 2100<br>CHICAGO, IL 60606-1229 | DEPOSITORY TRUST COMPANY<br>55 WATER STREET, 49TH FLR<br>NEW YORK, NY 10041 | ANNETTE CARUSO<br>1309 N WINGRA DR<br>MADISON, WI 53715 |
| ULINE<br>C/O MCCARTHY, BURGESS & WOLFF<br>26000 CANNON ROAD<br>CLEVELAND, OH 44146 | D.F. KING & CO., INC<br>PO BOX 1701<br>NEW YORK, NY 10268-1701 | VINCENT CASIERI &<br>ALFRED CASIERI JT TEN<br>910 TREMONT AVE<br>BRONX, NY 10472 |
| | ERNST & YOUNG<br>B OF A - CHIC. PO BOX 96550<br>CHICAGO, IL 60693 | |
| | LASALLE BANK<br>PO BOX 729<br>CHICAGO, IL 60690-0729 | |
| | MEDIA GENERAL FINANCIAL SERVICES<br>PO BOX 85333<br>RICHMOND, VA 23293 | |
| | ZIGMAN, JOSEPH, STEPHENSON<br>735 W WISCONSIN AVE, SUITE 1200<br>MILWAUKEE, WI 53233 | |
| | VIRCHOW, KRAUSE & COMPANY, LLP<br>205 E GRAND AVENUE<br>EAU CLAIRE, WI 54701 | |
| | EDWIN JACOBSON<br>434 JOHN PETTUS ROAD<br>GOLIAD, TX 77963 | |
| | SANDRA M. ANDERSEN<br>3215 S 52 CT<br>CICERO, IL 60650 | |
| | MURREL ANTHONY &<br>MARGARET ANTHONY JT TEN<br>BOX 356<br>LANNON, WI 53046 | |
| | MISS CARRIE E. AUGHENBAUGH<br>354 W. PHILADELPHIA ST<br>YORK, PA 17404 | |
| | WALTER S. BARAN<br>641 W. FULLERTON AVE<br>CHICAGO, IL 60614 | |
| | BECK & CO<br>C/O JOHN J. RYAN AND CO<br>80 MAIN STREET<br>WEST ORANGE, NJ 07052 | |
| | CARL P. BELLOVICH<br>BOX 1320<br>SAN RAFAEL, CA 94902 | |
| | MAURICE HOLLANDE BELPAUME<br>THE CHASE MANHATTAN BANK N A<br>SECURITIES SERVICE, 22ND FL<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK, NY 10005 | |

3

4

CHIC_1286788.2

Column 1 (Page 5):

CITY OF STOCKTON CALIFORNIA
ATT G E POEHNER CITY TREAS
C/O CITY HALL
STOCKTON, CA 95202

LAWRENCE T COOK
EX EST MRS ELLA W MCNULTY
C/O COOK & COOK
320 N GEORGE ST
ROME, NY 13440

RICHARD S. CONSTANTE CUST
MICHAEL R. CONSTANTE
UNIF GIFT MIN ACT ILL
4731 W SCHUBERT
CHICAGO, IL 60639

THE CREDIT LYONNAIS
8494 QUEEN VICTORIA ST
BOX 81
LONDON, ENGLAND EC4P 4LX

CHRISTINE CAMOUGIS CUNAVELIS
97 ELM STREET
SHREWSBURY, MA 01545

MR. RONALD DAMSEN
C/O DEAN WITTER REYNOLDS INC.
BOX 1320
SAN RAFAEL, CA 94902

FRANK DARPA &
ROSE DARPA JT TEN
1608 N MAC DILL
TAMPA, FL 33607

CRAIG DOUGHERTY
PO BOX 7277
LONG BEACH, CA 90807-0277

WILLIAM A DRAYTON JR.
C/O MERRILL LYNCH PIERCE
FENNER & SMITH
165 BROADWAY
NEW YORK, NY 10007

WILLIAM A DURCAN
460 FARRY TOWN ROAD
WHITE PLAINS, NY 10607

MARY S. EGAN
182 HICKORY ST
MAHTOMEDI, MN 55100

Column 2 (Page 5):

SAMUEL D. EHRLICH CUST
LINDA EHRLICH
4517 TAMWORTH CT
ORLANDO, FL 32809

BERNARD F. FUECHTMANN
1220 N 57TH ST #104C
ST PETERSBURG, FL 33710

LIONEL S. GOLDMAN
51 COLBOURNE CRESCENT
BROOKLINE, MA 02146

ROBERT J GOLUB
3541 S 47TH ST
MILWAUKEE, WI 53220

GOODBODY & CO
900 INVESTMENT PLAZA
CLEVELAND, OH 44114

JOHN A. GOGDNO
7375 BIG CYPRESS COURT
MIAMI, FL 33014

RAYMOND GRABOWSKI
BOX 812 800 VAN HOUTEN AVE
CLIFTON, NJ 07813

MISS MARIA GUTIERREZ &
MISS TERESA MARIE JOSEFA
GUTIERREZ JT TEN
2 AVENUE PIERRE LER DE SERBIE
F 75 PARIS 16E, FRANCE

ROBERT I HANNINGS
BOX 52 MAYNARD DRIVE
TEMPLE, NH 03084

FLORENCE HARTLEY
THE FIRST NATL BANK OF CHICAGO
C/O RESEARCH DEPT
ONE FIRST NATION PLAZA
CHICAGO, IL 60670

LEO HAWKINS
4029 E G ST
TOCOMA, WA 98404

PETER HEALY
263 COUNTRY CLUB DR
WARWICK, RI 02888

DELORES A. HEIDEN
8824 W CLOVERNOOK CT
MILWAUKEE, WI 53224

Column 1 (Page 6):

JAMES HIGGINS
1511 PUENTE AVE
BALDWIN PARK, CA 91706

MISS KATHERINE ANN HINKLE
3873 N RUBY ST APT 26
SCHILLER PARK, IL 60176

MAURICE HOCRY
FISMES MARNE, FRANCE

MRS MARGARET HOLLER
VALDESE GENERAL HOSPITAL
VALDESE, NC 28690

CHARLES C. HUNTER
BOX 509
HASTINGS, NE 68901

H WESSELIUS & CO
DRIEKONINGENSTRAAT 4
AMSTERDAM, HOLLAND

LOUISE ISAAC
2707 MADISON DT
HOLLOYWOOD, FL 33020

MRS LAMBERT DE CREMEUR JACQUES
7 RUE DES GIROFLEES
MONTE CARLO, MONACO

MONSIEUR BERTHOU JACQUES
PLACE VICTOR HUGO
LAON AISNE, FRANCE

SPENCER JOHNSON
1150 FENWICK AVENUE
COOS BAY, OR 97420-3019

ARNOLD H KAROW
C/O GUERNSEY CITY
4851 GANDY BLVD, LOT 33 BLVD 3
TAMPA, FL 33611

JOHN HENRY KEELING
63 BROOK ST
W LONDON, ENGLAND

MARGARET KENNEDY
11 COTTAGE AVE
ANSONIA, CT 06401

ALICE LAUZERNAL
AUX FAURES PARK RABASTENS
TARN, FRANCE

Column 2 (Page 6):

TED LIFSON CUST
GORDON LIFSON
UNIF GIFT MIN ACT MD
BALTIMORE, MD 21208

JOSEPH H LOVEMAN
333 HARLEM LANE
CATONSVILLE, MD 21228

DAVID E MADGE
C/O WEST SENECA HIGH SCHOOL
4 ROYAL CREST DR
ORCHARD PARK, NY 14127

MADAME VUEVE MANGIN RENE NEE
SIMON MARGOT
SAINT JULIEN LES METZ MOSELLE
108 RUE DU GENERAL DIOU
FRANCE

JAMES J. MAY
C/O THE MARSHALL COMPANY INC.
111 EAST WISCONSIN AVE
MILWAUKEE, WI 53202

HURLBERT MC ANDREW
326 UNION AVE
MAMORONECK, NY 10543

MISS MARY MC DONALD
7 MAPLE HILL ROAD
HOPKINS, MN 55343

WARREN R MCGEE
MRS BERNICE MCGEE JT TEN
427 S 8TH
LIVINGTON, MT 59047

TREVOR L MC KISSICK
BOX 4648
MACOM, GA 31208

TIMOTHY V. OMAHONY
5240 N LARAMIE AVE
CHICAGO, IL 60630

LAUREL A OREN CUST
GARY A OREN
UNIF GIFT MIN ACT CALIF
450 PORT ROYAL
FOSTER CITY, CA 94404

| | | |
|---|---|---|
| LAUREL A OREN CUST<br>PAMELA D OREN<br>UNIF GIFT MIN ACT CALIF<br>67 BOVET RD<br>SAN MATEO, CA 94402 | EVERETT M. ROOT &<br>MRS LAURA E ROOT JT TEN<br>165 S LAYTON DR<br>LOS ANGELES, CA 90049 | MISS ROSEMARY TAFARO<br>1223 GARDENA DR<br>NEW ORLEANS, LA 70122 | WALTER W BIRCHETT &<br>FRANCES H BIRCHETT JT TEN<br>4926 SEDGWICK ST NW<br>WASHINGTON DC 20016 |
| LAUREL A OREN CUST<br>ROBYN L OREN<br>UNIF GIFT MIN ACT CALIF<br>450 PORT ROYAL<br>FOSTER CITY, CA 94404 | HERBERT H ROTH & LYDIA T<br>ROTH JT TEN<br>2925 N GREENFIELD RD 201<br>PHOENIX, AZ 85016 | TONY URSO &<br>GLADYS URSO JT TEN<br>2918 MAIN ST<br>TAMPA, FL 32607 | MRS ELSA QUETING BUNCE<br>43-17 221ST ST<br>BAYSIDE L I NY 11361 |
| VIRGINIA W PARSONS<br>RIVER RD<br>CAPE NEDDICK, ME 03902 | FRED A ROZUM CUST<br>DAVID W ROZUM<br>UNIF GIFT MIN ACT ILL<br>516 W JUDD<br>WOODSTOCK, IL 60098 | ISABELLE VASTICAR<br>THE FIRST NATL BANK OF CHICAGO<br>C/O RESEARCH DEPT<br>ONE FIRST NATION PLAZA<br>CHICAGO, IL 60670 | MARY ELLEN W CARRUTH<br>681 RAZORBACK RD<br>FAYETTEVILLE AR 72701 |
| ROBERT L PERKINS JR.<br>154 E CLINTON AVE<br>TENAFLY, NJ 07670 | LLOYD A SALKELD &<br>PATRICIA A SALKELD JT TEN<br>10352 WISH AVE<br>GRANADA HILLS, CA 91344 | WOODROW W WAGNER<br>1887 BRUSH HILL RD<br>JACKSONVILLE, FL 32211 | CEDE & CO<br>P O BOX 20<br>BOWLING GREEN STATION<br>NEW YORK NY 10274 |
| ROGER A PIES<br>8205 BELLSMILL RD<br>POTOMAC, MD 20854 | BARTON W. SCHARF<br>6410 ROOSEVELT BLVD<br>PHILADELPHIA, PA 19149 | ALBERT J WEISS CUST<br>DAVID WEISS<br>UNIF GIFT MIN ACT MD<br>8201 CRANDWOOD CT<br>BALTIMORE, MD 21208 | MISS LAUREL A DIMMINGER<br>709 PKWY S<br>SAN FRANCISCO CA 94080 |
| GEORGE T PLOWMAN<br>C/O SHAREHOLDER RESEARCH MW 8<br>ONE FIRST NATION PLAZA<br>CHICAGO, IL 60670 | LAURETTA A SCHOEN<br>494 S CURTIS RD<br>WEST ALLIS, WI 53214 | EMORY WILLIAMS<br>1630 NORTH SHERIDAN ROAD<br>WILMETTE, IL 60091 | WILLIAM A DRAYTON JR.<br>C/O MERRIL LYNCH PIERCE<br>FENNER & SMITH<br>165 BROADWAY<br>NEW YORK NY 10007 |
| PATRICK POWERS<br>PRINS HENDRIKHON 4<br>WASSENAAR<br>THE NETHERLANDS | JESSIE E SCOTT<br>3811 14TH ST S<br>ARLINGTON, VA 22204 | RALPH H ARNOLD<br>28 MILLETT AVE STE 4S<br>WEYMOUTH, MA 02190 | WILLIAM A DURCAN<br>460 TARRY TOWN RD<br>WHITE PLAINS NY 10607 |
| MORRIS J RABE III<br>2010 S SALCEDO ST<br>NEW ORLEANS, LA 70125 | RUPERT L SHARICK &<br>CHESTER W SHARICK JT TEN<br>OREGON, IL 61061 | MISS CARRIE E. AUGHENBAUGH<br>354 W PHILADELPHIA ST<br>YORK PA 17404 | PAULINE FEDER<br>176 SALEM RD<br>WESTBURY L I NY 11590 |
| CHARLES R RANDALL<br>250 FULTON AVE<br>HEMPSTEAD, NY 11550 | SMITH BARNEY HARRIS UPHAM & CO<br>INCORPORATED<br>333 WEST 34TH STREET<br>NEW YORK, NY 10001 | ELTON B BARNES &<br>STELLA C BARNES JT TEN<br>4102 CAMINO DE LA COLINA<br>TUSCON AZ 85711 | HARTWELL E GEX<br>1217 EAST SECOND PASS<br>CHRISTIAN MS 39571 |
| DOLORES MARY RAYMOND<br>MISS MARILYN ANN RAYMOND JT TEN<br>HOBSON RD<br>NAPERVILLE, IL 60540 | MISS MAE STANLEY<br>2924 E 92ND ST<br>CHICAGO, IL 60617 | MAURICE HOLLANDE BELPAUME<br>THE CHASE MANHATTAN BK N A<br>SECURITIES SERVICE, 22ND FL<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK NY 10005 | JOSEPH W GEX<br>966 SOUTH BEACH BAY<br>ST LOUIS MS 39520 |
| JACQUELINE RENNEY &<br>BUD D KLIEN TR UA SOL D<br>KLIEN DECEASED<br>BOX 609<br>STOCKTON, CA 95201 | JAMIE G STEUER CUST<br>JAMIE E STEUER<br>UNIF GIFT MIN ACT WIS<br>81 CAMBRIDGE RD<br>MADISON, WI 53704 | GAYNELL GEX BILLUPS<br>625 EAST BEACH PASS<br>CHRISTIAN MS 39571 | LIONEL S GOLDMAN<br>51 COLBOURNE CRESCENT<br>BROOKLINE MA 02146 |
| MARY E. RICHARDS<br>3814 N 15TH ST<br>PHILADELPHIA, PA 19140 | ST MARKS HOSPITAL<br>2ND W & 7TH N<br>SALT LAKE CITY, UT 84103 | | LLEWELLYN D GRIFFITHS<br>302 N ABINGTON RD<br>CLARKS GREEN PA 18411 |
| | | | MRS NANCY B HUGHES<br>1011 PINEWOOD CRESCENT<br>OTTOWA ONT CANADA |

| | | |
|---|---|---|
| GEORGE H HULME<br>37 EDEN ST<br>FRAMINGHAM MA 01701 | ZECAL, INC.<br>53 W JACKSON BLVD<br>SUITE 1150<br>CHICAGO, IL 60604 | SECURITIES AND EXCHANGE COMMISSION<br>ATTN: BRANCH OF REORGANIZATION<br>175 WEST JACKSON STREET<br>SUITE 900<br>CHICAGO, IL 60604 |
| MONSIEUR BERTHOU JACQUES<br>PLACE VICTOR HUGO<br>LAON AISNE, FRANCE | STATE OF CALIFORNIA<br>STATE BOARD OF EQUALIZATION<br>PROPERTY AND SPECIAL TAXES<br>DEPARTMENT<br>450 N STREET<br>SACRAMENTO CA 94279-0030 | PATRICK J. FITZGERALD, U.S. ATTORNEY<br>GENERAL<br>U.S. DEPARTMENT OF JUSTICE<br>219 SOUTH DEARBORN STREET, SUITE 500<br>CHICAGO, IL 60604<br>312.353.5300 |
| ROWENA VAWDREY JOHNSON<br>15 LANSDOWNE CRESCENT<br>MALVERN WORCESTER ENGLAND | OMEGA SUPERFUND SITE<br>C/O LOEB & LOEB LLP<br>ALBERT M. COHEN<br>10100 SANTA MONICA BOULEVARD<br>SUITE 2200<br>LOS ANGELES CA 90067-4164 | ILLINOIS DEPARTMENT OF REVENUE<br>MAIL STOP 5010 CHI<br>230 S. DEARBORN STREET<br>CHICAGO, IL 60604 |
| KIDDER PEABODY & CO<br>INCORPORATED<br>20 EXCHANGE PL<br>NEW YORK NY 10005 | DELAWARE FRANCHISE TAX (ACCRUED)<br>DIVISIONS OF CORPORATIONS<br>PO BOX 898<br>DOVER, DE 19903 | ILLINOIS DEPARTMENT OF REVENUE<br>100 W. RANDOLPH STREET<br>SUITE 7-500<br>CHICAGO, IL 60601 |
| FRANK E KING<br>3443 PORTLAND AVE APT 2<br>MINNEAPOLIS MN 55407 | SOLDER STATION ONE<br>53 WEST JACKSON BLVD<br>SUITE 1150<br>CHICAGO, IL 60604 | CALIFORNIA BOARD OF EQUALIZATION<br>PO BOX 942879<br>SACRAMENTO, CA 94279-0090 |
| MISS SADIE KRAUSS<br>C/O THE HIBERNIA NATL BK<br>BOX 1540<br>NEW ORLEANS LA 70105 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>230 S. DEARBORN<br>STOP 5014 CHI<br>CHICAGO, IL 60604 | CALIFORNIA FRANCHISE TAX BOARD<br>PO BOX 942840<br>SACRAMENTO, CA 94240-0040 |
| HURLBERT MC ANDREW<br>326 UNION AVE<br>MAMARONECK, NY 10543 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>230 S. DEARBORN<br>STOP 5016-CHI<br>CHICAGO, IL 60604 | LISA MURRAY MADIGAN<br>ILLINOIS ATTORNEY GENERAL<br>OFFICE OF THE ATTORNEY GENERAL<br>CHICAGO MAIN OFFICE<br>100 WEST RANDOLPH STREET<br>CHICAGO, IL 60601<br>312.814.3000 |
| SAMUEL NADLER<br>3445 ROYAL PALM AVE<br>MIAMI BEACH FL 33140 | WORLDWIDE ASSET PURCHASING, LLC<br>P.O. BOX 672047<br>MARIETTA, GA 30006 | ASSOCIATE AREA COUNSEL, SB/SE<br>INTERNAL REVENUE SERVICE<br>SUITE 2300<br>200 WEST ADAMS STREET<br>CHICAGO, IL 60606-5208 |
| LORAINE H NEUFANG<br>926 NEW ENGLAND AVE<br>DAYTON OH 45429 | NEIL G. MULLALLY<br>4097 BRAEBURN DRIVE<br>MUSKEGON, MI 49441 | OFFICE OF CALIFORNIA<br>ATTORNEY GENERAL<br>300 SPRING STREET<br>LOS ANGELES, CA 90013<br>213.897.2000<br>213.897.2808 -- FAX |
| MRS MARY PERLSTEIN<br>815 S BROAD ST<br>TRENTON NJ 08611 | | |
| GEORGE & BERNADETTER SPRINGER<br>1033 S BELMONT AVE<br>ARLINGTON HEIGHTS IL 60005 | | CALIFORNIA EMPLOYMENT DEVELOPMENT<br>DEPARTMENT<br>PO BOX 826276<br>SACRAMENTO, CA 94230-6276 |
| CT CORPORATION<br>EDGAR SERVICE TEAM 1<br>EDGAR SERVICE CENTER<br>14 WALL STREET<br>11TH FLOOR<br>NEW YORK NY 10005 | | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | Honorable Eugene Wedoff |
| HEARTLAND TECHNOLOGY, INC., et al., ) | |
| ) | |
| ) | Case No. 05 B 23747 |
| Debtors. ) | |
| ) | Hearing Date: January 26, 2006 at 10:00 a.m. |
| ) | |

**COVER SHEET FOR APPLICATION**
**FOR PROFESSIONAL COMPENSATION,**

Name of Applicant:   Foley & Lardner LLP

Authorized to Provide
Professional Services to:   Debtors and Debtors in Possession

Date of Order Authorizing Employment:   July 20, 2005 *nunc pro tunc* June 15, 2005

Period for Which
Compensation is sought:   June 15, 2005 through November 15, 2005

Amount of Fees sought:   $ 45,830.00

Amount of Expense
Reimbursement sought:   $ 3,902.49

This is an: Interim Application: _____   Final Application:   X

If this is not the first application filed herein by this professional, disclose as to all prior fee applications

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| N/A | | | |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered
and expenses incurred herein is:   $ N/A

Date:   January 6, 2006            By:   /s/ Geoffrey S. Goodman
                                                          Applicant

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| HEARTLAND TECHNOLOGY, INC., et al., ) | Case No. 05 B 23747 |
| ) | |
| Debtors. ) | Honorable Eugene Wedoff |
| ) | |
| ) | (Jointly Administered) |

**FIRST AND FINAL APPLICATION FOR COMPENSATION AND
REIMBURSEMENT OF FEES AND EXPENSES OF
FOLEY & LARDNER LLP AS COUNSEL TO THE DEBTORS**

Foley & Lardner LLP ("Foley"), attorneys for Heartland Technology, Inc. ("HTI"), Solder Station-One, Inc. ("Solder"), HTI P.G. Design Electronics, Inc. ("HTI PG"), HTI Z Corporation and Zecal Technology, LLC, debtors-in-possession in the above-captioned, jointly administered cases (the "Debtors"), submits this First and Final Application for Compensation and Reimbursement of Fees and Expenses of Foley as Counsel to the Debtors (the "Application"). Foley hereby applies, pursuant to §§ 330 and 331 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure for an order: (a) approving and allowing on a final basis Foley's actual and necessary fees earned and expenses incurred from June 15, 2005 through November 15, 2005 in the aggregate amount of $49,732.49 (the "Final Fees and Expenses"); and (b) authorizing and directing the Liquidating Trustee of the HTI Liquidating Trust (the "Liquidating Trustee") to pay to Foley any portion of the Final Fees and Expenses that have not been previously paid. In support of this Application, Foley respectfully states as follows:

CHIC_1315120.1

## I. INTRODUCTION

This Court has jurisdiction over the Application pursuant to 28 U.S.C. § 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Venue is proper pursuant to 28 U.S.C. § 1409. The statutory predicates for the relief sought herein are §§ 330 and 331 of the Bankruptcy Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure.

## II. BACKGROUND

On June 15, 2005 (the "Petition Date"), the Debtors filed their voluntary petitions for relief under chapter 11 of the Bankruptcy Code. On the Petition Date, the Debtors filed their Joint Plan of Liquidation (as amended, the "Plan") and related Disclosure Statement (the "Disclosure Statement") and moved expeditiously toward confirmation of the Plan.

On July 6, 2005, the Debtors filed an application to retain Foley as counsel to the Debtors for all matters in these chapter 11 cases. On July 20, 2005, this Court entered an order approving Foley's employment as counsel to the Debtors, nunc pro tunc to June 15, 2005.

On August 24, 2005, this Court entered an order (a) approving the Disclosure Statement, and (b) confirming the Plan (the "Confirmation Order"). The effective date of the Plan was November 15, 2005. Pursuant to the Plan, the Confirmation Order and the Liquidating Trust Agreement executed by the Debtors and the Liquidating Trustee, the Liquidating Trustee was appointed to administer the HTI Liquidating Trust as of November 15, 2005.

## III. RELIEF REQUESTED

Foley seeks allowance of the Final Fees and Expenses as well as authorization for payment of any portion of the Final Fees and Expenses that have not been previously paid. The fees and expenses for which compensation and reimbursement are sought are actual, reasonable, and necessary within the meaning of § 330(a) of the Bankruptcy Code.

### A.   **Compensation of Fees**

Section 330(a) of the Bankruptcy Code governs compensation of professionals in bankruptcy matters. See In re Apex Oil Co., 960 F.2d 728, 731 (8th Cir. 1992). Section 330(a) provides, in relevant part, as follows:

> the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
> (A) the time spent on such services;
>
> (B) the rates charged for such services;
>
> (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
>
> (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3). "Bankruptcy courts must consider whether the fee awards are commensurate with fees for professional services in non-bankruptcy cases, thus providing sufficient economic incentive to practice in the bankruptcy courts." In re McCombs, 751 F.2d 286, 288 (8th Cir. 1985).

Foley has rendered substantial and valuable professional services on behalf of the Debtors that have resulted in a significant benefit to the creditors of the Debtors' estates and that were beneficial to the administration of these chapter 11 cases. Specifically, Foley guided the Debtors to the expeditious confirmation of a consensual Plan that maximizes the value of the Debtors' assets for the benefit of creditors. Foley respectfully submits that its services were provided with the requisite level of skill and were performed within a reasonable amount of time

3

commensurate with the complexity, importance, and nature of the problems, issues and tasks addressed. Foley has charged its customary fees, which are reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title. The amount sought in compensation is in line with awards in similar cases and is commensurate with the professional standing, ability, and expertise of Foley and the professionals and paraprofessionals who have participated in this case. Accordingly, the compensation requested herein reflects the reasonable value of the services provided to the Debtors.

Foley has been mindful of the need to avoid undue legal fees in these cases and has taken all reasonable steps to provide cost-effective representation while rendering services with the highest degree of skill and professionalism. Such efforts include staffing this matter leanly and eliminating duplication of effort by giving primary responsibility to one senior associate for most issues and matters, while staffing other attorneys only on an as-needed basis. The blended hourly rate of Foley's attorneys is $352.09, and $247.73 when including the rates of paraprofessionals. Attached hereto as **Exhibit A** are the hourly rates for the attorneys and legal assistants who provided service to the Debtors and the total number of hours worked by each.

Attached hereto as **Exhibit B** are the fees that Foley actually charged to the Debtors, corresponding to the categories detailed in the Narrative Summary of Services below. In accordance with Federal Rule of Bankruptcy Procedure 2016(a), the itemized list identifies: (a) the specific tasks performed; (b) the attorney or legal assistant who performed them; (c) the time required to perform them; and (d) the date on which the tasks were performed. To the extent possible, Foley has described each specific task and separately allocated the time attributable to that task. Where the nature of certain tasks and the circumstances surrounding

4

their performance did not allow for individual time entries, aggregate time entries were used.

### B. Reimbursement of Expenses

Pursuant to § 330(a)(1)(B) of the Bankruptcy Code, the Court may award a professional "reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1)(B). Accordingly, Foley seeks reimbursement of the actual, necessary expenses that it incurred during its representation of the Debtors. Foley typically charges its clients $0.15 per page for copies and $0.50 per page for outbound facsimiles. Foley does not charge its clients for incoming facsimiles. Charges for travel, electronic research, overnight delivery, postage, long distance phone calls, and other out-of-pocket disbursements are based on actual amounts paid by Foley for those services. Attached hereto as **Exhibit C** is a detailed description of expenses that Foley incurred.

## IV. NARRATIVE SUMMARY OF SERVICES PERFORMED

### A. Asset Analysis and Recovery (1.70 hours)

Foley spent a minimal amount of time analyzing the potential recovery of Solder receivables.

### B. Asset Disposition (4.30 hours)

Foley prepared and reviewed closing documents related to the transfer of certain of the Debtors' assets pursuant to the Plan and the Confirmation Order.

### C. Case Administration (81.00 hours)

This category contains entries for Foley's preparation for and attendance at the hearing on the Debtors' "first day" motions. Case administration also encompasses numerous meetings and telephone conferences with the Debtors' creditors, equity holders, officers and directors, the United States Trustee and other parties-in-interest to discuss negotiations, pending motions, hearings, legal strategy and issues, and certain miscellaneous administrative matters. In

5

addition, because HTI was a publicly traded company, Foley assisted the Debtors in preparing SEC filings and press releases regarding their chapter 11 cases. Foley also assisted the Debtors in preparing their (a) schedules and statements of financial affairs, and (b) monthly operating reports.

Case administration also contains entries for conferences and court appearances that dealt with several outstanding issues in these cases and therefore could not be placed in a single category. Finally, this category contains entries for certain administrative matters handled by Foley in connection with its representation of the Debtors.

### D.   Claims Administration and Objections (1.90 hours)

Foley spent a minimal amount of time communicating with creditors regarding their claims against the Debtors.

### E.   Employee Benefits/Pensions (16.00 hours)

Foley worked with the Department of Labor to terminate HTI PG's 401(k) Plan and to locate missing participants in order to distribute the remaining funds in the 401(k) Plan. Significant efforts were necessary in order to ensure that the Debtors complied with federal law in terminating the 401(k) Plan.

### F.   Fee/Employment Applications (8.00 hours)

Foley drafted and filed applications, attended a hearing, prepared orders and communicated with parties-in-interest in connection with the Debtors' employment of Foley as counsel and PENTA Advisory Services, LLC ("PENTA") as financial advisors.

### G.   Financing (1.10 hours)

Foley spent a minimal amount of time preparing a revised DIP financing order and communicating with the Debtors' lender regarding financing.

H.    **Meetings of Creditors (3.50 hours)**

Foley prepared for and attended the meeting of the Debtors' 20 largest creditors and the § 341 meeting of creditors.

I.    **Plan and Disclosure Statement (64.80 hours)**

Foley drafted and revised the Plan, the Disclosure Statement and related documents and exhibits. Foley also prepared the ballot report and a memorandum in support of confirmation of the Plan prior to the confirmation hearing. In addition, Foley attended the confirmation hearing and drafted the proposed Confirmation Order.

This category also contains entries for Foley's communications with the Debtors' officers, creditors, equity holders and PENTA regarding the Plan, the Disclosure Statement, the confirmation hearing and other Plan-related matters.

J.    **Tax Issues (2.70 hours)**

Foley analyzed tax issues facing the Debtors and communicated with tax authorities regarding those issues.

V.    **COMPENSATION PREVIOUSLY RECEIVED**

Pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, Foley states that it holds a retainer in the amount of $3,130.18 that it intends to apply against the Final Fees and Expenses. Foley has not received any other payment in connection with its representation of the Debtors in the above-captioned cases.

VI.    **DEBTORS' APPROVAL**

All of the professional services for which compensation is requested herein were performed by Foley for and on behalf of the Debtors, and not for or on behalf of any other person or entity. Furthermore, all services were performed at the direction of the Debtors. Foley further represents that the Liquidating Trustee, who served as the Debtors' Chief Restructuring Officer,

has approved the fees and expenses requested herein.

## VII. CONCLUSION

Giving due consideration to the nature of the services rendered, the legal complexities encountered, the experience of Foley, Foley's normal and customary hourly rates for similar services, the results achieved on behalf of the Debtors, and the time devoted by Foley to the representation of the Debtors, Foley respectfully submits that the fees and expenses for which compensation and reimbursement are sought hereby are actual, reasonable and necessary costs of the administration of these chapter 11 cases. With a blended hourly rate of $352.09 for professionals and $247.73 when including the rates of paraprofessionals, Foley has added value to the administration of these chapter 11 cases and has achieved an efficient delivery of legal services to the Debtors.

WHEREFORE, Foley respectfully requests that the Court enter an order, in the form attached hereto: (a) approving and allowing on a final basis Foley's actual and necessary fees earned and expenses incurred from June 15, 2005 through November 15, 2005 in the aggregate amount of $49,732.49; and (b) authorizing and directing the Liquidating Trustee to pay to Foley any portion of the Final Fees and Expenses that have not been previously paid.

Dated: January 6, 2006                           Respectfully submitted,

                                                 FOLEY & LARDNER LLP

                                                 By: s/ Geoffrey S. Goodman
                                                    David B. Goroff (No. 6190039)
                                                    Geoffrey S. Goodman (No. 6272297)
                                                    Derek L. Wright (No. 6276201)
                                                    Foley & Lardner LLP
                                                    321 North Clark Street, Suite 2800
                                                    Chicago, IL 60610
                                                    (312) 832-4500
                                                    (312) 832-4700 - fax

8

CHIC_1315120.1