UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| HEARTLAND TECHNOLOGY, INC., et al., | ) | |
| | ) | Case No. 05 B 23747 |
| | ) | |
| Debtors. | ) | Honorable Eugene Wedoff |
| | ) | |
| | ) | (Jointly Administered) |

**NOTICE OF HEARING ON FIRST AND FINAL APPLICATION FOR
COMPENSATION AND REIMBURSEMENT OF FEES AND EXPENSES OF PENTA
ADVISORY SERVICES, LLC AS FINANCIAL ADVISORS TO THE DEBTORS**

**TO:** See Attached Service List

**PLEASE TAKE NOTICE** that on the **26th** day of **January, 2006** at **10:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Eugene Wedoff or any judge sitting in his place and stead, in Room 744 of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present the **FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF FEES AND EXPENSES OF PENTA ADVISORY SERVICES, LLC AS FINANCIAL ADVISORS TO THE DEBTORS** (the "Application").

The Application, together with all exhibits, was filed with the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois 60604 on January 6, 2006. The Application seeks interim and final allowance of fees in the amount of $18,162.00 and reimbursement of expenses incurred in the amount of $9.50 for the period from June 15, 2005 through November 15, 2005. Copies of the Application, with exhibits, are available upon request, at no cost, by contacting Foley & Lardner LLP, Attn: Katherine E. Hall, khall@foley.com, 321 North Clark Street, Suite 2800, Chicago, IL 60610.

Dated: January 6, 2006

                                        FOLEY & LARDNER LLP

                                        By: /s/ Geoffrey S. Goodman
                                            David B. Goroff (No. 6190039)
                                            Geoffrey S. Goodman (No. 6272297)
                                            Derek L. Wright (No. 6276201)
                                            Foley & Lardner LLP
                                            321 North Clark Street, Suite 2800
                                            Chicago, IL 60610
                                            (312) 832-4500
                                            (312) 832-4700 - fax

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on January 6, 2006 he caused true and correct copies of the foregoing NOTICE OF HEARING ON FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF FEES AND EXPENSES OF PENTA ADVISORY SERVICES, LLC AS FINANCIAL ADVISORS TO THE DEBTORS to be served via first class mail on the individuals listed on the attached Creditors & Parties in Interest Service List. In addition, he caused a true and correct copy of the Application to be served via first class mail on the individuals listed on the attached Core Service List.

/s/ Geoffrey S. Goodman

David B. Goroff (No. 6190039)
Geoffrey S. Goodman (No. 6272297)
Derek L. Wright (No. 6276201)
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610
(312) 832-4500
(312) 832-4700 - fax

IN RE: HEARTLAND TECHNOLOGY, INC. et al.

## CORE SERVICE LIST

Roman Sukley
Office of the United States Trustee
227 West Monroe Street, Suite 3350
Chicago, Illinois 60606
(312) 886-5785
(312) 886-5794 – Fax

Air Products & Chemicals
c/o Adair, Kaul, Murphy, Axelod
300 Linden Oaks, Suite 220
Rochester, NY 14625

BTB Marketing Communications
900 Ridgefield Drive
Suite 270
Raleigh, NC 27609

Edwin Jacobson
Diamond S. Ranch
434 John Pettus Road
Goliad, TX 77963

Ernst & Young, LLP
233 South Wacker Drive
Chicago, IL 60606

George J. Carstens &
Carleen W. Carstens JT Ten
2212 Eastwood Drive
Richardson, TX 75080-2609

Goodbody & Co.
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

PricewaterhouseCoopers LLP
PO Box 75647
Chicago, IL 60675-5647

Hudson Highland Group
10 S. Wacker Drive, Suite 2600
Chicago, IL 60606

TRW Automotive
12025 Tech Center Drive
Livonia, MI 48150

Vincent E. Lazar
Paul V. Possinger
Jenner & Block LLP
One IBM Plaza
330 N. Wabash Ave, Suite 3800
Chicago, IL 60611
(312) 222-9350
(312) 527-0484 - Fax

John E. Lee
1406 Montgomery Street
San Francisco, CA 94133

LMT Computer Systems
PO Box 18503
Rochester, NY 14618-0503

Lovell Safety Mgmt (State Ins Fund) c/o Gellis
& Melinger
137 Fifth Avenue
New York, NY 10010

Market Realty Company
c/o Donald Guarnieri
151 E. Market Street
Warren, OH 44481

Martin Roher
MSR Capital Partners
555 Montgomery Street, Suite 603
San Francisco, CA 94111

Neil Bluhm
LZ Partners LLC
900 N. Michigan Ave., Suite 1900
Chicago, IL 60611

Odilon & Enedina Cardenas
21702 Polynesian Lane
Huntington Beach, CA 92646

Orrin Henry & Co.
c/o Irving Trust Co.
One Wall Street
New York, NY 10015

Virchow, Krause & Company, LLP
115 South 84th Street
Suite 400
Milwaukee, WI 53214

CHIC_1273923.1

## CREDITORS & PARTIES IN INTEREST SERVICE LIST

ADVANCED PLASTIC & MATERIAL
C/O SLATER & TENGLIA, P.A.
301 3RD STREET
OCEAN CITY, NJ 08226

ALTHOR PRODUCTS
23 FRANCIS CLARKE CIRCLE
BETHEL, CT 06801

APA TRANSPORT
C/O LOGISTIC SOLUTIONS
1757-58 VETERANS MEMORIAL HIGHWAY
ISLANDIA, NY 11749-1535

ASSOCIATED RACK CO
C/O NCO FINANCIAL SYSTEMS
3850 N CAUSEWAY BLBD, SUITE 200
METAIRIE, LA 70002

ATTEST SYSTEMS, INC.
C/O CA SERVICE BUREAU OF MARIN CTY
PO BOX 1828
NOVATO, CA 94948

BLUESTONE MOTOR LINES
2901 ELLSWORTH ROAD
NORTONVILLE, KS 66060

CASCADE MICROTECH
2430 N.W. 206TH
BEAVERTON, OR 97006

CERAMTEC NORTH AMERICA
C/O MCKENZIE, BECKER & STEPHENS
PO BOX 1967, 8 HOLLEY STREET
LAKEVILLE, CT 06039

COLE PARMER INSTRUMENT
C/O DON MAR SERVICE CORPORATION
500 W PALATINE ROAD
WHEELING, IL 60090-5842

DAVIS INTERNATIONAL
1225 CLIFFORD AVE
ROCHESTER, NY 14621

DAY-TIMER
PO BOX 27001
LEHIGH VALLEY, PA 18002-7001

DELAWARE SECRETARY OF STATE
PO BOX 74072
BALTIMORE, MD 21274-4072

DELTA SALES ASSOCIATES
PO BOX 238
BUFFALO, NY 14231-0238

DORTEX CORP.
C/O AARON, DAUTCH, STERNBERG
43 COURT STREET, SUITE 730
BUFFALO, NY 14202-3172

DYNATRONIX
462 GRIFFIN BLVD.
AMERY, WI 54001

EARTHLINK
C/O KEVIN L STRING, L.P.A.
PO BOX 221406
CLEVELAND, OH 44122

ELECTRONIC CIRCUIT SUPPLIES
1922 BUTLER PARK RD.
WASHINGTON, NJ 07882

EDWARDS PRESS
C/O TELLER, LEVITT & SILVERTRUST, P.C.
11 EAST ADAMS STREET
CHICAGO, IL 60603

ETCHOMATIC
C/O UNITED MERCANTILE AGENCIES
7-11 SOUTH BROADWAT
WHITE PLAINS, NY 10602-0829

FISHER SCIENTIFIC
7373 KIRKWOOD COURT
SUITE 200
MINNEAPOLIS, MN 55369

FLEET NATIONAL BANK
C/O HAMILTON COLLECTION AGENCY
PO BOX 419
EAST BRUNSWICK, NJ 08816

FRONTIER TELEPHONE
C/O CREDIT BUREAU OF ROCHESTER
19 PRINCE STREET
ROCHESTER, NY 14607

GE CAPITAL MODULAR SPACE
C/O LOCKE ASSOCIATES
3612 WEST AVENUE
BURLINGTON, IA 52801

GLOBAL CONTACT
383 KINGS HIGHWAY NORTH
SUITE 210
CHEERY HILL, NJ 08034

WW GRAINGER
C/O GETMAN BIRYLA, LLP
800 RAND BUILDING, 14 LAFAYETTE SQ
BUFFALO, NY 14203-1995

GREENWALD & BASCH, LLP
349 WEST COMMERCIAL STREET
SUITE 2490
EAST ROCHESTER, NY 14445

HACH COMPANY
C/O DAL, INC.
300 EAST MADISON AVENUE
CLIFTON HEIGHTS, PA 19018-0162

HP FINANCIAL SERVICES
420 MOUNTAIN AVENUE
PO BOX 6
MURRAY HILL, NJ 07974

HI-REL LABORATORIES
6116 NORTH FREYA
SPOKANE, WA 99217

KEPPLER CULLIGAN
311 LEWIS ROAD
AKRON, NY 14001

KOPYKAT
2207 SHERBURNE RD
WALWORTH, NY 14568-9589

LAB SAFETY SUPPLY
C/O MCCARTHY, BURGESS & WOLFF
26000 CANNON ROAD
CLEVELAND, OH 44146

LIFE SCIENCE LABORATORIES
5854 BUTTERNUT DR.
E. SYRACUSE, NY 13057

RW LINDSAY
581 ROCK BEACH ROAD
ROCHESTER, NY 14617

LMT COMPUTER SYSTEMS
C/O D&B RECEIVABLE MGMT
6500 ROCKSIDE AVE
INDEPENDENCE, OH 44131-8023

MACMILLAN, SOBANSKI & TODD, LLC
ONE MARITIME PLAZA, FOURTH FLOOR
720 WATER STREET
TOLEDO, OH 43604

MANCUSO BUSINESS DEVELOPMENT GROUP
56 HARVESTER AVE.
BATAVIA, NY 14020

MANUFACTURERS NEWS
C/O D&B RECEIVABLE MGMT
PO BOX 523
RICHFIELD, OH 44286

MATRIX COMMUNICATIONS GROUP
126 DWIGHT PARK CIRCLE
SYRACUSE, NY 13209

MEGAPHASE, LLC
C/O DAL, INC.
300 EAST MADISON AVENUE
CLIFTON HEIGHTS, PA 19018-0162

NATIONWIDE LIFE INSURANCE
P.O. BOX 2399
COLUMBUS, OH 43216

NEXTEL PARTNERS
C/O AWA COLLECTIONS
PO BOX 6605
ORANGE, CA 92863-6605

PAETEC COMMUNICATIONS
C/O CAPITAL MGMT SERVICES
726 EXCHANGE STREET, SUITE 700
BUFFALO, NY 14210

PITNEY BOWES CREDIT CORP
C/O CAINE & WEINER
15023 OXNARD ST, SUITE 100
VAN NUYS, CA 91409-8500

QUILL CORPORATION
C/O KEVIN L. STRING, L.P.A.
PO BOX 221406
CLEVELAND, OH 44122

RELIABLE CORPORATION
C/O KEVIN L. STRING, L.P.A.
PO BOX 221406
CLEVELAND, OH 44122

SETON CORPORATION
C/O VENGROFF, WILLIAMS & ASSOCIATES
PO BOX 4155
SARASOTA, FL 34230-4155

SPECIALTY TECHNICAL PUBLISHERS
UNIT 10, 1225 EAST KEITH ROAD
NORTH VANCOUVER, B.C. V7J 1J3

2

| | | |
|---|---|---|
| SPECTRUM<br>FILE NO 11990<br>LOS ANGELES, CA 90074-1990 | UPS<br>C/O D&B RECEIVABLE MGMT<br>PO BOX 523<br>RICHFIELD, OH 44286 | LEO R. BOYD &<br>MRS OLGA V BOYD JT TEN<br>C/O JAMES PENDLETON<br>1261 LINCOLN AVE<br>SAN JOSE, CA 95125 |
| SPRINT CONFERENCING SERVICES<br>PO BOX 101343<br>ATLANTA, GA 30392-1343 | US FILTER<br>C/O ALLAN R. TITLEBAUM & ASSOCIATES<br>P.O. BOX 1008<br>ARLINGTON HEIGHTS, IL 60906 | THOMAS I BRENNAN<br>329 N. MAIN STREET<br>NEW CITY, NY 10956 |
| SPRINT PCS<br>C/O HARVARD COLLECTION SERVICES<br>4839 N. ELSTON AVENUE<br>CHICAGO, IL 60630-2534 | VERIZON<br>C/O CBCS<br>P.O. BOX 69<br>COLUMBUS, OH 43216 | ELEANOR C. BROSNAN<br>4 ROYAL PALM WAY APT 4308<br>BOCA ROTON, FL 33432 |
| SPRINT COMMUNICATIONS<br>PO BOX 41417, DEPT 99<br>PHILADELPHIA, PA 19101 | VWR INTERNATIONAL<br>C/O UNITED MERCANTILE AGENCIES<br>7-11 SOUTH BROADWAY<br>WHITE PLAINS, NY 10602-0829 | LAWRENCE L BROWN EX EST<br>DOROTHY W BROWN<br>C/O ABB A KATZMAN ESQ<br>9 BERRY HILL ROAD<br>SYOSSET, NY 11791 |
| STAPLES<br>DEPT 82<br>PO BOX 9020<br>DES MOINES, IA 50368-9020 | XEROX CORPORATION<br>C/O O.S.S. SAMPLINER & CO., INC.<br>505 EIGHTH AVE.<br>NEW YORK, NY 10018 | MRS. ELSA QUETTING BUNCE<br>43-17 221ST ST<br>BAYSIDE L I, NY 11361 |
| SUBURBAN PROPANE<br>3225 CHILI AVE.<br>ROCHESTER, NY 14624 | XPEDX<br>C/O AMERICAN BUREAU OF COLLECTIONS<br>1100 MAIN STREET<br>BUFFALO, NY 14209-2356 | MARTIN C. CAMPBELL<br>1121 SAINT ANTHONY ST<br>NEW ORLEANS, LA 70116 |
| TECHNIC, INC.<br>P.O. BOX 9650<br>PROVIDENCE, RI 02940 | ADCOM EXPRESS<br>PO BOX 390048<br>MINNEAPOLIS, MN 55439 | KAREN CARMICHAEL<br>3110 MAIN ST<br>TAMPA, FL 33607 |
| TECHNI-TOOL<br>1547 N. TROOPER ROAD<br>P.O. BOX 1117<br>WORCESTER, PA 19490-1117 | AMERICAN STOCK EXCHANGE, LLC<br>9509 KEY WEST AVENUE<br>ROCKVILLE, MD 20850 | MRS. MARGARET TILL CARNEY<br>6120 COLISEUM ST<br>NEW ORLEANS, LA 70118 |
| TEMP-PRESS<br>95 MT. READ BLVD.<br>ROCHESTER, NY 14611 | BARRIS SOTT DENN DRIKER, PLLC<br>211 WEST FORT STREET, 15TH ST<br>DETROIT, MI 48226-3281 | GEORGE J. CARSTENS &<br>CARLEEN W. CARSTENS JT TEN<br>4300 E WILLIAMS ST<br>ONEILL, NE 68763 |
| TERMINIX<br>C/O NATIONWIDE CREDIT, INC.<br>2015 VAUGHN ROAD, BLDG. 400<br>KENNESAW, GA 30144-7802 | BOWNE<br>325 WEST OHIO STREET<br>CHICAGO, IL 60610-3080 | ALPHONSE CARUSO<br>505 E FAIRMONT DR<br>TEMPE, AZ 85282 |
| TMP WORLDWIDE<br>225 WEST WACKER DRIVE, SUITE 2100<br>CHICAGO, IL 60606-1229 | DEPOSITORY TRUST COMPANY<br>55 WATER STREET, 49TH FLR<br>NEW YORK, NY 10041 | ANNETTE CARUSO<br>1309 N WINGRA DR<br>MADISON, WI 53715 |
| ULINE<br>C/O MCCARTHY, BURGESS & WOLFF<br>26000 CANNON ROAD<br>CLEVELAND, OH 44146 | D.F. KING & CO., INC<br>PO BOX 1701<br>NEW YORK, NY 10268-1701 | VINCENT CASIERI &<br>ALFRED CASIERI JT TEN<br>910 TREMONT AVE<br>BRONX, NY 10472 |
| | ERNST & YOUNG<br>B OF A - CHIC. PO BOX 96550<br>CHICAGO, IL 60693 | |

| | | |
|---|---|---|
| | | LASALLE BANK<br>PO BOX 729<br>CHICAGO, IL 60690-0729 |
| | | MEDIA GENERAL FINANCIAL SERVICES<br>PO BOX 85333<br>RICHMOND, VA 23293 |
| | | ZIGMAN, JOSEPH, STEPHENSON<br>735 W WISCONSIN AVE, SUITE 1200<br>MILWAUKEE, WI 53233 |
| | | VIRCHOW, KRAUSE & COMPANY, LLP<br>205 E GRAND AVENUE<br>EAU CLAIRE, WI 54701 |
| | | EDWIN JACOBSON<br>434 JOHN PETTUS ROAD<br>GOLIAD, TX 77963 |
| | | SANDRA M. ANDERSEN<br>3215 S 52 CT<br>CICERO, IL 60650 |
| | | MURREL ANTHONY &<br>MARGARET ANTHONY JT TEN<br>BOX 356<br>LANNON, WI 53046 |
| | | MISS CARRIE E. AUGHENBAUGH<br>354 W. PHILADELPHIA ST<br>YORK, PA 17404 |
| | | WALTER S. BARAN<br>641 W. FULLERTON AVE<br>CHICAGO, IL 60614 |
| | | BECK & CO<br>C/O JOHN J. RYAN AND CO<br>80 MAIN STREET<br>WEST ORANGE, NJ 07052 |
| | | CARL P. BELLOVICH<br>BOX 1320<br>SAN RAFAEL, CA 94902 |
| | | MAURICE HOLLANDE BELPAUME<br>THE CHASE MANHATTAN BANK N A<br>SECURITIES SERVICE, 22ND FL<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK, NY 10005 |

| | | |
|---|---|---|
| CITY OF STOCKTON CALIFORNIA<br>ATT G E POEHNER CITY TREAS<br>C/O CITY HALL<br>STOCKTON, CA 95202 | SAMUEL D. EHRLICH CUST<br>LINDA EHRLICH<br>4517 TAMWORTH CT<br>ORLANDO, FL 32809 | JAMES HIGGINS<br>1511 PUENTE AVE<br>BALDWIN PARK, CA 91706 | TED LIFSON CUST<br>GORDON LIFSON<br>UNIF GIFT MIN ACT MD<br>BALTIMORE, MD 21208 |
| LAWRENCE T COOK<br>EX EST MRS ELLA W MCNULTY<br>C/O COOK & COOK<br>320 N GEORGE ST<br>ROME, NY 13440 | BERNARD F. FUECHTMANN<br>1220 N 57TH ST #104C<br>ST PETERSBURG, FL 33710 | MISS KATHERINE ANN HINKLE<br>3873 N RUBY ST APT 26<br>SCHILLER PARK, IL 60176 | JOSEPH H LOVEMAN<br>333 HARLEM LANE<br>CATONSVILLE, MD 21228 |
| RICHARD S. CONSTANTE CUST<br>MICHAEL R. CONSTANTE<br>UNIF GIFT MIN ACT ILL<br>4731 W SCHUBERT<br>CHICAGO, IL 60639 | LIONEL S. GOLDMAN<br>51 COLBOURNE CRESCENT<br>BROOKLINE, MA 02146 | MAURICE HOCRY<br>FISMES MARNE, FRANCE | DAVID E MADGE<br>C/O WEST SENECA HIGH SCHOOL<br>4 ROYAL CREST DR<br>ORCHARD PARK, NY 14127 |
| THE CREDIT LYONNAIS<br>8494 QUEEN VICTORIA ST<br>BOX 81<br>LONDON, ENGLAND EC4P 4LX | ROBERT J GOLUB<br>3541 S 47TH ST<br>MILWAUKEE, WI 53220 | MRS MARGARET HOLLER<br>VALDESE GENERAL HOSPITAL<br>VALDESE, NC 28690 | MADAME VUEVE MANGIN RENE NEE<br>SIMON MARGOT<br>SAINT JULIEN LES METZ MOSELLE<br>108 RUE DU GENERAL DIOU<br>FRANCE |
| CHRISTNE CAMOUGIS CUNAVELIS<br>97 ELM STREET<br>SHREWSBURY, MA 01545 | GOODBODY & CO<br>900 INVESTMENT PLAZA<br>CLEVELAND, OH 44114 | CHARLES C. HUNTER<br>BOX 609<br>HASTINGS, NE 68901 | JAMES J. MAY<br>C/O THE MARSHALL COMPANY INC.<br>111 EAST WISCONSIN AVE<br>MILWAUKEE, WI 53202 |
| MR. RONALD DAMSEN<br>C/O DEAN WITTER REYNOLDS INC.<br>BOX 1320<br>SAN RAFAEL, CA 94902 | JOHN A. GOODNO<br>7375 BIG CYPRESS COURT<br>MIAMI, FL 33014 | H WESSELIUS & CO<br>DRIEKONINGENSTRAAT 4<br>AMSTERDAM, HOLLAND | HURLBERT MC ANDREW<br>326 UNION AVE<br>MAMORONECK, NY 10543 |
| FRANK DARPA &<br>ROSE DARPA JT TEN<br>1608 N MAC DILL<br>TAMPA, FL 33607 | RAYMOND GRABOWSKI<br>BOX 812 890 VAN HOUTEN AVE<br>CLIFTON, NJ 07013 | LOUISE ISAAC<br>2707 MADISON DT<br>HOLLOYWOOD, FL 33020 | MISS MARY MC DONALD<br>7 MAPLE HILL ROAD<br>HOPKINS, MN 55343 |
| CRAIG DOUGHERTY<br>PO BOX 7277<br>LONG BEACH, CA 90807-0277 | MISS MARIA GUTIERREZ &<br>MISS TERESA MARIE JOSEFA<br>GUTIERREZ JT TEN<br>2 AVENUE PIERRE LER DE SERBIE<br>F 75 PARIS 16E, FRANCE | MRS LAMBERT DE CREMEUR JACQUES<br>7 RUE DES GIROFLEES<br>MONTE CARLO, MONACO | WARREN R MCGEE<br>MRS BERNICE MCGEE JT TEN<br>427 S 8TH<br>LIVINGTON, MT 59047 |
| WILLIAM A DRAYTON JR.<br>C/O MERRILL LYNCH PIERCE<br>FENNER & SMITH<br>165 BROADWAY<br>NEW YORK, NY 10007 | ROBERT HANNINGS<br>BOX 52 MAYNARD DRIVE<br>TEMPLE, NH 03084 | MONSIEUR BERTHOU JACQUES<br>PLACE VICTOR HUGO<br>LAON AISNE, FRANCE | TREVOR L MC KISSICK<br>BOX 4648<br>MACOM, GA 31208 |
| WILLIAM A DURCAN<br>460 TARRY TOWN ROAD<br>WHITE PLAINS, NY 10607 | FLORENCE HARTLEY<br>THE FIRST NATL BANK OF CHICAGO<br>C/O RESEARCH DEPT<br>ONE FIRST NATION PLAZA<br>CHICAGO, IL 60670 | SPENCER JOHNSON<br>1150 FENWICK AVENUE<br>COOS BAY, OR 97420-3019 | TIMOTHY V. OMAHONY<br>5240 N LARAMIE AVE<br>CHICAGO, IL 60630 |
| MARY S. EGAN<br>182 HICKORY ST<br>MAHTOMEDI, MN 55100 | LEO HAWKINS<br>4029 E G ST<br>TOCOMA, WA 98404 | ARNOLD H KAROW<br>C/O GUERNSEY CITY<br>4851 GANDY BLVD, LOT 33 BLVD 3<br>TAMPA, FL 33611 | LAUREL A OREN CUST<br>GARY A OREN<br>UNIF GIFT MIN ACT CALIF<br>450 PORT ROYAL<br>FOSTER CITY, CA 94404 |
| | PETER HEALY<br>263 COUNTRY CLUB DR<br>WARWICK, RI 02888 | JOHN HENRY KEELING<br>63 BROOK ST<br>W LONDON, ENGLAND | |
| | DELORES A. HEIDEN<br>8824 W CLOVERNOOK CT<br>MILWAUKEE, WI 53224 | MARGARET KENNEDY<br>11 COTTAGE AVE<br>ANSONIA, CT 06401 | |
| | | ALICE LAUZERNAL<br>AUX FAURES PARK RABASTENS<br>TARN, FRANCE | |

| | | |
|---|---|---|
| LAUREL A OREN CUST<br>PAMELA D OREN<br>UNIF GIFT MIN ACT CALIF<br>67 BOYET RD<br>SAN MATEO, CA 94402 | EVERETT M. ROOT &<br>MRS LAURA E ROOT JT TEN<br>165 S LAYTON DR<br>LOS ANGELES, CA 90049 | WALTER W BIRCHETT &<br>FRANCES H BIRCHETT JT TEN<br>4926 SEDGWICK ST NW<br>WASHINGTON DC 20016 |
| LAUREL A OREN CUST<br>ROBYN L OREN<br>UNIF GIFT MIN ACT CALIF<br>450 PORT ROYAL<br>FOSTER CITY, CA 94404 | HERBERT H ROTH & LYDIA T<br>ROTH JT TEN<br>2925 N GREENFIELD RD 201<br>PHOENIX, AZ 85016 | MRS ELSA QUETTING BUNCE<br>43-17 221ST ST<br>BAYSIDE LI NY 11361 |
| VIRGINIA W PARSONS<br>RIVER RD<br>CAPE NEDDICK, ME 03902 | FRED A ROZUM CUST<br>DAVID W ROZUM<br>UNIF GIFT MIN ACT ILL<br>516 W JUDD<br>WOODSTOCK, IL 60098 | MARY ELLEN W CARRUTH<br>681 RAZORBACK RD<br>FAYETTEVILLE AR 72701 |
| ROBERT L PERKINS JR.<br>154 E CLINTON AVE<br>TENAFLY, NJ 07670 | LLOYD A SALKED &<br>PATRICIA A SALKELD JT TEN<br>10352 WISH AVE<br>GRANADA HILLS, CA 91344 | CEDE & CO<br>P O BOX 20<br>BOWLING GREEN STATION<br>NEW YORK NY 10274 |
| ROGER A PIES<br>8205 BELLSMILL RD<br>POTOMAC, MD 20854 | BARTON W. SCHARF<br>6410 ROOSEVELT BLVD<br>PHILADELPHIA, PA 19149 | MISS LAUREL A DIMMINGER<br>709 PKWY S<br>SAN FRANCISCO CA 94080 |
| GEORGE T PLOWMAN<br>C/O SHAREHOLDER RESEARCH MW 8<br>ONE FIRST NATION PLAZA<br>CHICAGO, IL 60670 | LAURETTA A SCHOEN<br>494 S CURTIS RD<br>WEST ALLIS, WI 53214 | WILLIAM A DRAYTON JR.<br>C/O MERRIL LYNCH PIERCE<br>FENNER & SMITH<br>165 BROADWAY<br>NEW YORK NY 10007 |
| PATRICK POWERS<br>PRINS HENDRIKHON 4<br>WASSENAAR<br>THE NETHERLANDS | JESSIE E SCOTT<br>3811 14TH ST S<br>ARLINGTON, VA 22204 | WILLIAM A DURCAN<br>460 TARRY TOWN RD<br>WHITE PLAINS NY 10607 |
| MORRIS J RABE III<br>2010 S SALCEDO ST<br>NEW ORLEANS, LA 70125 | RUPERT L SHARICK &<br>CHESTER W SHARICK JT TEN<br>OREGON, IL 61061 | PAULINE FEDER<br>176 SALEM RD<br>WESTBURY L I NY 11590 |
| CHARLES R RANDALL<br>250 FULTON AVE<br>HEMPSTEAD, NY 11550 | SMITH BARNEY HARRIS UPHAM & CO<br>INCORPORATED<br>333 WEST 34TH STREET<br>NEW YORK, NY 10001 | HARTWELL E GEX<br>1217 EAST SECOND PASS<br>CHRISTIAN MS 39571 |
| DOLORES MARY RAYMOND<br>MISS MARILYN ANN RAYMOND JT TEN<br>HOBSON RD<br>NAPERVILLE, IL 60540 | MISS MAE STANLEY<br>2924 E 92ND ST<br>CHICAGO, IL 60617 | JOSEPH W GEX<br>966 SOUTH BEACH BAY<br>ST LOUIS MS 39520 |
| JACQUELINE RENNEY &<br>BUD D KLIEN TR U/A SOL D<br>KLIEN DECEASED<br>BOX 609<br>STOCKTON, CA 95201 | JAMIE G STEUER CUST<br>JAMIE E STEUER<br>UNIF GIFT MIN ACT WIS<br>81 CAMBRIDGE RD<br>MADISON, WI 53704 | LIONEL S GOLDMAN<br>51 COLBOURNE CRESCENT<br>BROOKLINE MA 02146 |
| MARY E. RICHARDS<br>3814 N 15TH ST<br>PHILADELPHIA, PA 19140 | ST MARKS HOSPITAL<br>2ND W & 7TH N<br>SALT LAKE CITY, UT 84103 | LLEWELLYN D GRIFFITHS<br>302 N ABINGTON RD<br>CLARKS GREEN PA 18411 |
| | | MAURICE HOLLANDE BELPAUME<br>THE CHASE MANHATTAN BK N A<br>SECURITIES SERVICE, 22ND FL<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK NY 10005 |
| | | MRS NANCY B HUGHES<br>1011 PINEWOOD CRESCENT<br>OTTAWA ONT CANADA |
| | MISS ROSEMARY TAFARO<br>1223 GARDENA DR<br>NEW ORLEANS, LA 70122 | |
| | TONY URSO &<br>GLADYS URSO JT TEN<br>2918 MAIN ST<br>TAMPA, FL 32607 | |
| | ISABELLE VASTICAR<br>THE FIRST NATL BANK OF CHICAGO<br>C/O RESEARCH DEPT<br>ONE FIRST NATION PLAZA<br>CHICAGO, IL 60670 | |
| | WOODROW W WAGNER<br>1887 BRUSH HILL RD<br>JACKSONVILLE, FL 32211 | |
| | ALBERT J WEISS CUST<br>DAVID WEISS<br>UNIF GIFT MIN ACT MD<br>8201 CRANDWOOD CT<br>BALTIMORE, MD 21208 | |
| | EMORY WILLIAMS<br>1630 NORTH SHERIDAN ROAD<br>WILMETTE, IL 60091 | |
| | RALPH H ARNOLD<br>28 MILLETT AVE STE 4S<br>WEYMOUTH, MA 02190 | |
| | MISS CARRIE E. AUGHENBAUGH<br>354 W PHILADELPHIA ST<br>YORK PA 17404 | |
| | ELTON B BARNES &<br>STELLA C BARNES JT TEN<br>4102 CAMINO DE LA COLINA<br>TUSCON AZ 85711 | |
| | GAYNELL GEX BILLUPS<br>625 EAST BEACH PASS<br>CHRISTIAN MS 39571 | |

| | | |
|---|---|---|
| GEORGE H HULME<br>37 EDEN ST<br>FRAMINGHAM MA 01701 | ZECAL, INC.<br>53 W JACKSON BLVD<br>SUITE 1150<br>CHICAGO, IL 60604 | SECURITIES AND EXCHANGE COMMISSION<br>ATTN: BRANCH OF REORGANIZATION<br>175 WEST JACKSON STREET<br>SUITE 900<br>CHICAGO, IL 60604 |
| MONSIEUR BERTHOU JACQUES<br>PLACE VICTOR HUGO<br>LAON AISNE, FRANCE | STATE OF CALIFORNIA<br>STATE BOARD OF EQUALIZATION<br>PROPERTY AND SPECIAL TAXES<br>DEPARTMENT<br>450 N STREET<br>SACRAMENTO CA 94279-0030 | PATRICK J. FITZGERALD, U.S. ATTORNEY<br>GENERAL<br>U.S. DEPARTMENT OF JUSTICE<br>219 SOUTH DEARBORN STREET, SUITE 500<br>CHICAGO, IL 60604<br>312.353.5300 |
| ROWENA VAWDREY JOHNSON<br>15 LANSDOWNE CRESCENT<br>MALVERN WORCESTER ENGLAND | | |
| KIDDER PEABODY & CO<br>INCORPORATED<br>20 EXCHANGE PL<br>NEW YORK NY 10005 | OMEGA SUPERFUND SITE<br>C/O LOEB & LOEB LLP<br>ALBERT M. COHEN<br>10100 SANTA MONICA BOULEVARD<br>SUITE 2200<br>LOS ANGELES CA 90067-4164 | ILLINOIS DEPARTMENT OF REVENUE<br>MAIL STOP 5010 CHI<br>230 S. DEARBORN STREET<br>CHICAGO, IL 60604 |
| FRANK E KING<br>3443 PORTLAND AVE APT 2<br>MINNEAPOLIS MN 55407 | | ILLINOIS DEPARTMENT OF REVENUE<br>100 W. RANDOLPH STREET<br>SUITE 7-500<br>CHICAGO, IL 60601 |
| MISS SADIE KRAUSS<br>C/O THE HIBERNIA NATL BK<br>BOX 1540<br>NEW ORLEANS LA 70105 | DELAWARE FRANCHISE TAX (ACCRUED)<br>DIVISIONS OF CORPORATIONS<br>PO BOX 898<br>DOVER, DE 19903 | CALIFORNIA BOARD OF EQUALIZATION<br>PO BOX 942879<br>SACRAMENTO, CA 94279-0090 |
| HURLBERT MC ANDREW<br>326 UNION AVE<br>MAMARONECK, NY 10543 | SOLDER STATION ONE<br>53 WEST JACKSON BLVD<br>SUITE 1150<br>CHICAGO, IL 60604 | CALIFORNIA FRANCHISE TAX BOARD<br>PO BOX 942840<br>SACRAMENTO, CA 94240-0040 |
| SAMUEL NADLER<br>3445 ROYAL PALM AVE<br>MIAMI BEACH FL 33140 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>230 S. DEARBORN<br>STOP 5014 CHI<br>CHICAGO, IL 60604 | LISA MURRAY MADIGAN<br>ILLINOIS ATTORNEY GENERAL<br>OFFICE OF THE ATTORNEY GENERAL<br>CHICAGO MAIN OFFICE<br>100 WEST RANDOLPH STREET<br>CHICAGO, IL 60601<br>312.814.3000 |
| LORAINE H NEUFANG<br>926 NEW ENGLAND AVE<br>DAYTON OH 45429 | | |
| MRS MARY PERLSTEIN<br>815 S BROAD ST<br>TRENTON NJ 08611 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>230 S. DEARBORN<br>STOP 5016-CHI<br>CHICAGO, IL 60604 | ASSOCIATE AREA COUNSEL, SB/SE<br>INTERNAL REVENUE SERVICE<br>SUITE 2300<br>200 WEST ADAMS STREET<br>CHICAGO, IL 60606-5208 |
| GEORGE & BERNADETTER SPRINGER<br>1033 S BELMONT AVE<br>ARLINGTON HEIGHTS IL 60005 | WORLDWIDE ASSET PURCHASING, LLC<br>P.O. BOX 672047<br>MARIETTA, GA 30006 | |
| CT CORPORATION<br>EDGAR SERVICE TEAM 1<br>EDGAR SERVICE CENTER<br>14 WALL STREET<br>11TH FLOOR<br>NEW YORK NY 10005 | NEIL G. MULLALLY<br>4097 BRAEBURN DRIVE<br>MUSKEGON, MI 49441 | OFFICE OF CALIFORNIA<br>ATTORNEY GENERAL<br>300 SPRING STREET<br>LOS ANGELES, CA 90013<br>213.897.2000<br>213.897.2808 – FAX |
| | | CALIFORNIA EMPLOYMENT DEVELOPMENT<br>DEPARTMENT<br>PO BOX 826276<br>SACRAMENTO, CA 94230-6276 |

9

10

CHIC_1286788.2

CHIC_1286788.2

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Honorable Eugene Wedoff |
| ) | |
| HEARTLAND TECHNOLOGY, INC., et al., ) | |
| ) | Case No. 05 B 23747 |
| Debtors. ) | |
| ) | Hearing Date: January 26, 2006 at 10:00 a.m. |
| ) | |

## COVER SHEET FOR APPLICATION
## FOR PROFESSIONAL COMPENSATION,

Name of Applicant:   PENTA Advisory Services, LLC

Authorized to Provide
Professional Services to:   Debtors and Debtors in Possession

Date of Order Authorizing Employment:   July 20, 2005 *nunc pro tunc* June 15, 2005

Period for Which
Compensation is sought:   June 15, 2005 through November 15, 2005

Amount of Fees sought:   $ 18,162.00

Amount of Expense
Reimbursement sought:   $ 9.50

This is an: Interim Application: _____    Final Application:   X

If this is not the first application filed herein by this professional, disclose as to all prior fee applications

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| N/A | | | |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered
and expenses incurred herein is:   $ N/A

Date:   January 6, 2006                    By:   /s/ Geoffrey S. Goodman

CHIC_1315631.1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| HEARTLAND TECHNOLOGY, INC., et al., ) | |
| ) | Case No. 05 B 23747 |
| ) | |
| Debtors. ) | Honorable Eugene Wedoff |
| ) | |
| ) | (Jointly Administered) |

**FIRST AND FINAL APPLICATION FOR COMPENSATION AND
REIMBURSEMENT OF FEES AND EXPENSES OF PENTA ADVISORY
SERVICES, LLC AS FINANCIAL ADVISORS TO THE DEBTORS**

PENTA Advisory Services, LLC ("PENTA"), financial advisors for Heartland Technology, Inc., Solder Station-One, Inc., HTI P.G. Design Electronics, Inc., HTI Z Corporation and Zecal Technology, LLC, debtors-in-possession in the above-captioned, jointly administered cases (the "Debtors"), submits this First and Final Application for Compensation and Reimbursement of Fees and Expenses of PENTA as Financial Advisors for the Debtors (the "Application"). PENTA hereby applies, pursuant to §§ 330 and 331 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure for an order: (a) approving and allowing on a final basis PENTA's actual and necessary fees earned and expenses incurred from June 15, 2005 through November 15, 2005 in the aggregate amount of $18,171.50 (the "Final Fees and Expenses"); and (b) authorizing PENTA to apply the retainer it received from the Debtors on account of the Final Fees and Expenses. In support of this Application, PENTA respectfully states as follows:

**I.    INTRODUCTION**

This Court has jurisdiction over the Application pursuant to 28 U.S.C. § 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Venue is proper pursuant to 28 U.S.C. § 1409. The statutory predicates for the relief sought herein are §§ 330 and 331 of

CHIC_1315120.1

the Bankruptcy Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure.

## II. BACKGROUND

On June 15, 2005 (the "Petition Date"), the Debtors filed their voluntary petitions for relief under chapter 11 of the Bankruptcy Code. On the Petition Date, the Debtors filed their Joint Plan of Liquidation (as amended, the "Plan") and related Disclosure Statement (the "Disclosure Statement") and moved expeditiously toward confirmation of the Plan.

On July 6, 2005, the Debtors filed an application to retain PENTA as financial advisors to the Debtors. On July 20, 2005, this Court entered an order approving PENTA's employment as financial advisors to the Debtors, nunc pro tunc to June 15, 2005.

On August 24, 2005, this Court entered an order (a) approving the Disclosure Statement, and (b) confirming the Plan (the "Confirmation Order"). The effective date of the Plan was November 15, 2005. Pursuant to the Plan, the Confirmation Order and the Liquidating Trust Agreement executed by the Debtors and William Kaye as Liquidating Trustee (the "Liquidating Trustee"), the Liquidating Trustee was appointed to administer the HTI Liquidating Trust as of November 15, 2005.

## III. RELIEF REQUESTED

PENTA seeks allowance of the Final Fees and Expenses as well authorization to apply the retainer it received from the Debtors on account of the Final Fees and Expenses. The fees and expenses for which compensation and reimbursement are sought are actual, reasonable, and necessary within the meaning of § 330(a) of the Bankruptcy Code.

### A.    Compensation of Fees

Section 330(a) of the Bankruptcy Code governs compensation of professionals in bankruptcy matters. See In re Apex Oil Co., 960 F.2d 728, 731 (8th Cir. 1992). Section 330(a) provides, in relevant part, as follows:

2

the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –

(A) the time spent on such services;

(B) the rates charged for such services;

(C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

(D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3). "Bankruptcy courts must consider whether the fee awards are commensurate with fees for professional services in non-bankruptcy cases, thus providing sufficient economic incentive to practice in the bankruptcy courts." In re McCombs, 751 F.2d 286, 288 (8th Cir. 1985).

PENTA has rendered substantial and valuable professional services on behalf of the Debtors that have resulted in a significant benefit to the creditors of the Debtors' estates and that were beneficial to the administration of these chapter 11 cases. Specifically, PENTA assisted the Debtors in the expeditious confirmation of a consensual Plan that maximizes the value of the Debtors' assets for the benefit of creditors. PENTA respectfully submits that its services were provided with the requisite level of skill and were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problems, issues and tasks addressed. PENTA has charged its customary fees, which are reasonable based on the customary compensation charged by comparably skilled professionals in cases other than

3

cases under this title. The amount sought in compensation is in line with awards in similar cases and is commensurate with the professional standing, ability, and expertise of PENTA and the professionals who have participated in this case. Accordingly, the compensation requested herein reflects the reasonable value of the services provided to the Debtors.

Attached hereto as **Exhibit A** are the hourly rates for the PENTA professionals who provided services to the Debtors and the total number of hours worked by each. Attached hereto as **Exhibit B** are the fees that PENTA actually charged to the Debtors, corresponding to the categories detailed in the Narrative Summary of Services below. In accordance with Federal Rule of Bankruptcy Procedure 2016(a), the itemized list identifies: (a) the specific tasks performed; (b) the professional who performed them; (c) the time required to perform them; and (d) the date on which the tasks were performed. To the extent possible, PENTA has described each specific task and separately allocated the time attributable to that task. Where the nature of certain tasks and the circumstances surrounding their performance did not allow for individual time entries, aggregate time entries were used.

### B. Reimbursement of Expenses

Pursuant to § 330(a)(1)(B) of the Bankruptcy Code, the Court may award a professional "reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1)(B). Accordingly, as set forth on **Exhibit B**, PENTA seeks reimbursement of the $9.50 in expenses that it incurred working on the Debtors' cases.

### IV. NARRATIVE SUMMARY OF SERVICES PERFORMED

#### A. Asset Analysis and Recovery (19.00 hours)

PENTA prepared and revised the chapter 7 liquidation analysis for the Debtors that was included in the Disclosure Statement.

4

CHIC_1315120.1

### B.   Case Administration (39.70 hours)

PENTA prepared the schedules and statements of financial affairs for all five Debtors and communicated extensively with the Debtors and Foley & Lardner LLP regarding the schedules and statements. This category also contains entries for reviewing the Debtors' petitions and other first-day pleadings as well as other documents relevant to the Debtors' cases. Finally, this category contains entries for certain miscellaneous matters handled by PENTA in connection with its representation of the Debtors.

### C.   Claims Administration and Objections (1.70 hours)

This category contains one entry related to the preparation of the Debtors' schedules.

### D.   Fee/Employment Applications (0.90 hours)

PENTA spent minimal time preparing for the filing of its fee application.

### E.   Plan and Disclosure Statement (4.30 hours)

This category contains entries related to the preparation of the liquidation analysis included in the Disclosure Statement.

### F.   Tax Issues (8.70 hours)

This category contains entries related to PENTA's preparation of the Debtors' 2003 and 2004 tax returns.

## V.   COMPENSATION PREVIOUSLY RECEIVED

Pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, PENTA states that it holds a retainer in the amount of $30,000.00 that it intends to apply against the Final Fees and Expenses. PENTA has not received any other payment in connection with its representation of the Debtors in the above-captioned cases.

## VI. DEBTORS' APPROVAL

All of the professional services for which compensation is requested herein were performed by PENTA for and on behalf of the Debtors, and not for or on behalf of any other person or entity. Furthermore, all services were performed at the direction of the Debtors. PENTA further represents that the Liquidating Trustee, who served as the Debtors' Chief Restructuring Officer, has approved the fees and expenses requested herein.

## VII. CONCLUSION

Giving due consideration to the nature of the services rendered, the experience of PENTA, PENTA's normal and customary hourly rates for similar services, the results achieved on behalf of the Debtors, and the time devoted by PENTA to the representation of the Debtors, PENTA respectfully submits that the fees and expenses for which compensation and reimbursement are sought hereby are actual, reasonable and necessary costs of the administration of these chapter 11 cases.

WHEREFORE, PENTA respectfully requests that the Court enter an order, in the form attached hereto: (a) approving and allowing on a final basis PENTA's actual and necessary fees earned and expenses incurred from June 15, 2005 through November 15, 2005 in the aggregate amount of $18,171.50; and (b) authorizing PENTA to apply the retainer it received from the Debtors on account of the Final Fees and Expenses.

**[Remainder of page intentionally left blank. Next page is the signature page.]**

Dated: January 6, 2006  Respectfully submitted,

PENTA ADVISORY SERVICES, LLC

By: _____

Its: _Managing Director_

7