UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: )
)
)  Case No. 05 B 23747
HEARTLAND TECHNOLOGY, INC., et al., )
)
)  Chapter 11
Debtors. )

*FILED*
JAN 2 6 2006
EUGENE WEDOFF
United States Bankruptcy Judge

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO
FOLEY & LARDNER LLP, ATTORNEYS FOR DEBTORS, FOR ALLOWANCE AND PAYMENT OF
FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $45,830.00 | TOTAL COSTS REQUESTED: | $3,902.49 |
| TOTAL FEES REDUCED: | $ 861.85 | TOTAL COSTS REDUCED: | $1,574.47 |
| TOTAL FEES ALLOWED: | $44,968.15 | TOTAL COSTS ALLOWED: | $2,328.02 |

**TOTAL FEES AND COSTS ALLOWED: $47,296.17**

THE COURT HAS UNDERLINED THE ATTACHED TIME AND EXPENSE ENTRIES THAT HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE NUMERICAL NOTATION THAT APPEARS ON THE RIGHT SIDE OF EACH HIGHLIGHTED ENTRY DISCLOSES THE BASIS FOR EACH DISALLOWANCE. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

(1)  **Lumping**
The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

(2)  **Duplication of Services**
The Court denies the allowance of compensation for services that duplicate those of another professional or paraprofessional. *See* 11 U.S.C. § 330(a)(4)(A)(i). Also, when more than one attorney appears in court on a motion or argument or for a conference, no fee should be sought for non-participating counsel. *In re Pettibone*, 74 B.R. 293, 307 (Bankr. N.D. Ill. 1987) ("A debtor's estate should not bear the burden of duplication of services. If found in the record, such duplication shall be disallowed by the court as unnecessary.").

(3)  **Reimbursement Limited to Actual, Necessary Expenses**
The Court denies the allowance of reimbursement for expenses that were not actually and necessarily incurred by the applicant. See 11 U.S.C.§§330(a)(1)(B) & 331. The fee application fails to demonstrate that the requested expenses for photocopies or facsimiles (or both) were actual out-of-pocket disbursements and that the quoted rates were necessary in light of prevailing (and lower) commercial rates. In the absence of such proof, the Court will allow reimbursement of photocopy expenses at a rate of $.10 per page in accordance with prevailing commercial rates and will not allow expenses for facsimiles.

(4)  **Overhead Costs are Non-Compensable**
The Court denies reimbursement for fees or expenses that are overhead costs. Expenses that are overhead are not compensable because they are built into the hourly rate. *See In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re Convent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985)). Absent extraordinary circumstances, the court will not reimburse an applicant for local parking

and transportation at the estate's expense. *See In re Convent Guardian Corp.*, 103 B.R. 937, 940-944 (Bankr. N.D. Ill. 1989).

Dated: January 26, 2005

Eugene R. Wedoff
United States Bankruptcy Judge

HEARTLAND TECHNOLOGY, INC.  
Our Ref. No.: 077834-0102  
Invoice No.: 26118684

Page 3  
Foley & Lardner LLP  
January 5, 2006

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/15/05 | KEHA | Telephone conference with Judge's chambers regarding scheduling first day motions (.1); review Judge's calendar regarding available hearing dates (.1); revise five motions with notices and proposed orders (.8); revise service list (.3); finalize five motions and oversee electronic filing of same (.4); perform service of same (.2); review and revise notice of filing regarding affidavit in support of first day motions (.2); oversee electronic filing and perform service regarding same (.2). | 2.30 | $322.00 |
| 06/15/05 | GSG | Finalize all HTI Petitions, Motions and other pleadings; telephone conferences with W. Kaye and L. Adelson regarding same; file same. | 3.30 | $1,138.50 |
| 06/16/05 | EDM | Review draft disclosure to SEC. | 0.10 | $49.00 |
| 06/16/05 | KEHA | Identify association by Debtor for the twenty-five largest creditors (.4); review electronic notices (.2). | 0.60 | $84.00 |
| 06/16/05 | GSG | Review summary of top 25 creditor list for UST and revise same (.1); draft communications to P. Christ and M. Yocca regarding filings and motions (.1); telephone conferences with counsel regarding case and possible UCC (.2). | 0.40 | $138.00 |
| 06/17/05 | EDM | E-mail to client regarding public filings; review revised press release. | 0.20 | $98.00 |
| 06/17/05 | GSG | Revise draft Press Release (.4); telephone conferences with HTI creditors regarding filing and various issues (.4); telephone conferences with L. Adelson regarding Press Releases (.2). | 1.00 | $345.00 |
| 06/19/05 | GSG | Analyze outstanding issues and deadlines and prepare task list regarding same. | 0.40 | $138.00 |
| 06/20/05 | DBG | Review task list regarding bankruptcy. | 0.20 | $88.00 |
| 06/20/05 | GSG | Telephone conferences with creditors regarding chapter 11 and related filings (.5); correspondence with LaSalle regarding list of equity holders (.1). | 0.60 | $207.00 |
| 06/21/05 | EDM | Review of draft SEC filings. | 0.60 | $294.00 |
| 06/21/05 | GSG | Telephone conference with L. Adelson and correspondence with L. Adelson and W. Kaye regarding Press Release (.3); review 8-K regarding same (.1); telephone conferences with creditors regarding filing and status (.2). | 0.60 | $207.00 |
| 06/27/05 | GSG | Review LaSalle wire request (.1); telephone conference with R. Sukley regarding status and meeting of 20 largest creditors (.1). | 0.20 | $69.00 |
| 06/28/05 | GSG | Correspondence with W. Kaye and L. Adelson regarding TRW. | 0.10 | $34.50 |

**HEARTLAND TECHNOLOGY, INC.**      Page 4
Our Ref. No.: 077834-0102      Foley & Lardner LLP
Invoice No.: 26118684      January 5, 2006

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/29/05 | GSG | Respond to R. King regarding Cardenas questions (.2); update HTI Task List (.2). | 0.40 | $138.00 |
| 06/30/05 | GSG | Correspondence with W. Pederson regarding HTI schedules and SOFAs (.1); telephone conferences with creditors regarding status (.3). | 0.40 | $138.00 |
| 07/01/05 | GSG | Review and revise drafts of schedules and SOFAs (1.7); multiple telephone conferences with W. Pederson, W. Kaye and D. Kosicek regarding same (.6); telephone conference with V. Lazar and P. Possinger regarding hearing on July 7 (.2). | 2.50 | $862.50 |
| 07/05/05 | CHSH | Redact unit analysis of security holders chart to withhold confidential information. | 0.90 | $31.50 |
| 07/05/05 | KEHA | Prepare declaration signature pages regarding schedules (.2); review and assemble schedules and Statements of Financial Affairs in preparation of electronic filing (.8); electronically file same (.6); perform service of same on U.S. Trustee (.1); perform various internet and Lexis searches regarding undeliverable service packages (.4); review equity listing and coordinate preparation of service list (.2); prepare equity list form and request execution of same (.2); review equity listing and redact selected confidential information (.2); review of returned notices (.2). | 2.90 | $406.00 |
| 07/05/05 | GSG | Finalize schedules and SOFAs (1.2); telephone conference with W. Pederson and W. Kaye regarding same (.5); review of notice of equity security holders (.1). | 1.80 | $621.00 |
| 07/06/05 | KEHA | Prepare listing of equity security holders for electronic filing (.2); electronically file same (.2); perform service of same (.1); prepare certificate of service regarding same (.1); request searches from library regarding returned service (.1); update core service list (.2). | 0.90 | $126.00 |
| 07/06/05 | DBG | Review materials and prepare for 7/7 hearing. | 1.20 | $528.00 |
| 07/06/05 | GSG | Prepare for hearing on first day motions and revise Orders regarding same. | 1.80 | $621.00 |
| 07/07/05 | KEHA | Update master files (.2); review searches to determine updated addresses (.3); review returned bankruptcy notices (.2); review Debtors' schedules and equity listing for Pauline Feder (.3); compose response letter regarding same (.2). | 1.20 | $168.00 |
| 07/07/05 | DBG | Appear in court regarding first day motions. | 0.70 | $308.00 |
| 07/07/05 | GSG | Prepare for and attend hearing on first day motions (1.5); telephone conference with L. Adelson regarding same (.2); post-hearing meeting with W. Kaye regarding same (.2). | 1.90 | $655.50 |

**HEARTLAND TECHNOLOGY, INC.**  
Our Ref. No.: 077834-0102  
Invoice No.: 26118684

Page 12  
Foley & Lardner LLP  
January 5, 2006

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/06/05 | KEHA | Prepare notice of motion and certificate of service regarding retention application of Foley (.2); finalize application with exhibits for electronic filing (.2); electronically file same (.2); prepare notice of motion and certificate of service regarding retention application of PENTA (.1); finalize application regarding same for electronic filing (.2); electronically file same (.2); perform service of both retention applications (.1). | 1.20 | $168.00 |
| 07/19/05 | GSG | Prepare for and attend hearing on Foley & PENTA Employment Applications. | 1.10 | $379.50 |
| 07/19/05 | DBG | Appear in court regarding approval of employment applications. | 1.00 | $440.00 |
| 10/17/05 | BSMO | Telephone conferences with missing participants regarding receipt of amounts in terminated benefit plans. | 0.70 | $203.00 |
|  |  | Task Total: | 8.00 | $2,665.50 |

②  (circled, next to 07/19/05 DBG row)

### Re: Financing

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/28/05 | GSG | Prepare revised DIP Financing Order and review revised DIP Budget (.3); correspondence with V. Lazar regarding same (.2). | 0.50 | $172.50 |
| 08/12/05 | GSG | Draft request for DIP Financing for Heartland Partners (.2); correspondence with L. Adelson regarding same (.2). | 0.40 | $138.00 |
| 08/22/05 | GSG | Telephone conference with L. Adelson regarding $125,000 in financing. | 0.20 | $69.00 |
|  |  | Task Total: | 1.10 | $379.50 |

### Re: Meetings of Creditors

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/17/05 | GSG | Review Section 341 Notice and draft correspondence to W. Kaye regarding same. | 0.20 | $69.00 |
| 06/21/05 | GSG | Telephone conference with E. Jacobson regarding meeting of 20 largest creditors. | 0.20 | $69.00 |
| 06/27/05 | GSG | Attend meeting of 20 largest creditors (.8); update team regarding same (.2); telephone conference with V. Lazar regarding same (.2). | 1.20 | $414.00 |
| 07/19/05 | GSG | Prepare for and attend Section 341 meeting of creditors (1.1); meet with D. Kosicek prior to same (.5); telephone conference with D. Harvalis regarding same (.3). | 1.90 | $655.50 |
|  |  | Task Total: | 3.50 | $1,207.50 |

### Re: Plan and Disclosure Statement

HEARTLAND TECHNOLOGY, INC.
Our Ref. No.: 077834-0102
Invoice No.: 26118684

Page 17
Foley & Lardner LLP
January 5, 2006

## Expense Detail

**Photocopying Charges**

| Date | Copies | Amount |
|---|---|---|
| 06/15/05 | 397 Copies. | 59.55 |
| 06/15/05 | 442 Copies. | 66.30 |
| 06/15/05 | 1462 Copies. | 219.30 |
| 06/15/05 | 617 Copies. | 92.55 |
| 06/15/05 | 442 Copies. | 66.30 |
| 06/15/05 | 374 Copies. | 56.10 |
| 06/15/05 | 2941 Copies. | 441.15 |
| 07/06/05 | 36 Copies. | 5.40 |
| 07/06/05 | 937 Copies. | 140.55 |
| 07/06/05 | 46 Copies. | 6.90 |
| 07/06/05 | 793 Copies. | 118.95 |
| 07/06/05 | 966 Copies. | 144.90 |
| 07/06/05 | 5 Copies. | 0.75 |
| 07/11/05 | 2 Copies. | 0.30 |
| 07/19/05 | 8 Copies. | 1.20 |
| 08/04/05 | 2 Copies. | 0.30 |
| 08/04/05 | 103 Copies. | 15.45 |
| 08/12/05 | 7 Copies. | 1.05 |
| 08/18/05 | 4 Copies. | 0.60 |
| 08/19/05 | 363 Copies. | 54.45 |
| 08/19/05 | 16 Copies. | 2.40 |
| 08/19/05 | 7 Copies. | 1.05 |
| 08/19/05 | 3 Copies. | 0.45 |
| 08/19/05 | 51 Copies. | 7.65 |
| 08/22/05 | 30 Copies. | 4.50 |
| 08/22/05 | 62 Copies. | 9.30 |
| 08/22/05 | 132 Copies. | 19.80 |
| 08/22/05 | 22 Copies. | 3.30 |
| 08/22/05 | 1791 Copies. | 268.65 |
| 08/22/05 | 4 Copies. | 0.60 |
| 08/23/05 | 108 Copies. | 16.20 |
| 08/23/05 | 270 Copies. | 40.50 |
| 08/23/05 | 352 Copies. | 52.80 |
| 08/26/05 | 1 Copies. | 0.15 |
| 09/13/05 | 88 Copies. | 13.20 |
| 09/20/05 | 5 Copies. | 0.75 |
| 09/21/05 | 2 Copies. | 0.30 |
| 09/21/05 | 4 Copies. | 0.60 |
| 09/21/05 | 5 Copies. | 0.75 |
| 09/21/05 | 2 Copies. | 0.30 |
| 09/21/05 | 44 Copies. | 6.60 |
| 09/26/05 | 105 Copies. | 15.75 |
| | | $1,957.65 |

EXHIBIT C

**HEARTLAND TECHNOLOGY, INC.**  
Our Ref. No.: 077834-0102  
Invoice No.: 26118684

Page 18  
Foley & Lardner LLP  
January 5, 2006

### Transportation / Travel Expenses

| Date | Description | Amount |
|---|---|---|
| 07/11/05 | Transportation / Travel Expenses - - Vendor: Geoffrey S Goodman Gsg-taxis,6/27/05,chgo,client Mtg | 12.00 |
| 07/18/05 | Transportation / Travel Expenses - - Vendor: Flash Cab Co. Cab 6/15 F&l/chgo | 16.95 |
| 07/25/05 | Transportation / Travel Expenses - - Vendor: Geoffrey S Goodman Gsg-taxi,7/7/05,chgo,court | 6.00 |
| 08/08/05 | Transportation / Travel Expenses - - Vendor: Geoffrey S Goodman Gsg-taxi,7/19/05,chgo,court,a Ttend Hearing | 7.00 |
| 08/08/05 | Transportation / Travel Expenses - - Vendor: Geoffrey S Goodman Gsg-taxi,7/19/05,chgo,client Mtg | 6.00 |
| 08/24/05 | Transportation / Travel Expenses - - Vendor: David B Goroff Dbg-taxi,8/23/05,chgo,client Mtg | 7.00 |
| 09/12/05 | Transportation / Travel Expenses - - Vendor: Geoffrey S Goodman Gsg-taxi,8/23/05,chgo,court | 6.00 |
|  |  | **$60.95** |

### Other Fees

| Date | Description | Amount |
|---|---|---|
| 06/22/05 | Other Fees - - Vendor: Katherine Hall Keha-reimb For Purch Of Copies Of Court Docs,u.S. Bankruptcy Court,6/15/05,dbg | 4,195.00 |
|  |  | **$4,195.00** |

### Shipping/courier/messenger Services

| Date | Description | Amount |
|---|---|---|
| 06/15/05 | Shipping/courier/messenger Services - - Vendor: Federal Express Adjustment Chrg For W/e 5/11, Gsg | 0.25 |
| 07/29/05 | Shipping/courier/messenger Services - - Vendor: The On Time Courier Chrgs For W/e 7/23, Gsg | 4.80 |
| 07/29/05 | Shipping/courier/messenger Services - - Vendor: Federal Express Chrgs For W/e 6/22, Gsg | 2.34 |
| 08/31/05 | Shipping/courier/messenger Services - - Vendor: The On Time Courier Chrgs For W/e 8/27, Gsg | 11.20 |
| 09/22/05 | Shipping/courier/messenger Services - - Vendor: The On Time Courier Chrgs For W/e 9/10, Gsg | 13.54 |
| 10/21/05 | Shipping/courier/messenger Services - - Vendor: The On Time Courier Chrgs For W/e 10/1, Gsg | 140.38 |
|  |  | **$172.51** |

### Refunds, Payments On Account, Etc.

| Date | Description | Amount |
|---|---|---|
| 06/10/05 | Refunds, Payments On Account, Etc.(w/t 6/10/05 From Signature Bank By Heartland Tech) | (4,200.00) |
|  |  | **($4,200.00)** |

### Facsimile Charges



| Date | Description | Amount |
|---|---|---|
| 05/05/05 | Facsimile Charges: 13612697382 | 1.00 |
| 08/02/05 | Facsimile Charges: 3419151 | 4.00 |
| 08/05/05 | Facsimile Charges: 13612697382 | 0.50 |
| 08/05/05 | Facsimile Charges: 13612697382 | 2.00 |
| 08/05/05 | Facsimile Charges: 13612697382 | 0.50 |
| 09/12/05 | Facsimile Charges: 3419151 | 23.00 |
| 09/21/05 | Facsimile Charges | 1.50 |
| 09/21/05 | Facsimile Charges: 16516656327 | 1.50 |
| 11/14/05 | Facsimile Charges: 12156256000 | 1.50 |
| 11/14/05 | Facsimile Charges: 12154926799 | 1.50 |

**HEARTLAND TECHNOLOGY, INC.**  
Our Ref. No.: 077834-0102  
Invoice No.: 26118684

Page 19  
Foley & Lardner LLP  
January 5, 2006

$37.00



### Electronic Legal Research Services

| Date | Description | Amount |
|---|---|---|
| 07/05/05 | Electronic Legal Research Services - Lexis/nexis | 7.09 |
| 07/05/05 | Electronic Legal Research Services - Lexis/nexis | 34.93 |
| 07/05/05 | Electronic Legal Research Services - Lexis/nexis | 91.76 |
| 07/05/05 | Electronic Legal Research Services - Lexis/nexis | 10.56 |
| 07/11/05 | Electronic Legal Research Services - Lexis/nexis | 8.54 |
| 08/02/05 | Electronic Legal Research Services - Lexis/nexis | 1.73 |
| 08/02/05 | Electronic Legal Research Services - Lexis/nexis | 34.09 |
| 08/04/05 | Electronic Legal Research Services - Lexis/nexis | 14.33 |
| 08/04/05 | Electronic Legal Research Services - Westlaw | 13.93 |
| 08/04/05 | Electronic Legal Research Services - Lexis/nexis | 8.18 |
| 08/04/05 | Electronic Legal Research Services - Lexis/nexis | 163.47 |
| 08/05/05 | Electronic Legal Research Services - Lexis/nexis | 7.36 |
| 08/08/05 | Electronic Legal Research Services - Lexis/nexis | 52.10 |
| 08/08/05 | Electronic Legal Research Services - Lexis/nexis | 5.60 |
| 08/08/05 | Electronic Legal Research Services - Lexis/nexis | 89.03 |
| 08/08/05 | Electronic Legal Research Services - Lexis/nexis | 2.99 |
| 08/08/05 | Electronic Legal Research Services - Lexis/nexis | 4.57 |
| 08/08/05 | Electronic Legal Research Services - Lexis/nexis | 12.60 |
| 08/09/05 | Electronic Legal Research Services - Lexis/nexis | 4.28 |
| 08/11/05 | Electronic Legal Research Services - Lexis/nexis | 1.72 |
| 08/11/05 | Electronic Legal Research Services - Lexis/nexis | 8.40 |
| 08/11/05 | Electronic Legal Research Services - Lexis/nexis | 33.41 |
| 08/19/05 | Electronic Legal Research Services - Lexis/nexis | 6.47 |
| 08/19/05 | Electronic Legal Research Services - Lexis/nexis | 9.31 |
| 08/22/05 | Electronic Legal Research Services - Westlaw | 248.13 |
| 08/29/05 | Electronic Legal Research Services - Lexis/nexis | 10.34 |
|  |  | **$884.92** |

### Mailing Expense

| Date | Description | Amount |
|---|---|---|
| 06/15/05 | Mailing Expense | 57.70 |
| 07/06/05 | Mailing Expense | 72.97 |
| 07/06/05 | Mailing Expense | 0.60 |
| 08/04/05 | Mailing Expense | 28.46 |
| 08/04/05 | Mailing Expense | 3.00 |
| 08/08/05 | Mailing Expense | 33.52 |
| 08/08/05 | Mailing Expense | 45.52 |
| 08/09/05 | Mailing Expense | 21.92 |
| 08/10/05 | Mailing Expense | 8.66 |
| 08/11/05 | Mailing Expense | 4.88 |
| 08/15/05 | Mailing Expense | 2.44 |
| 08/19/05 | Mailing Expense | 28.22 |
| 08/19/05 | Mailing Expense | 75.14 |
| 08/22/05 | Mailing Expense | 88.11 |
| 09/12/05 | Mailing Expense | 7.55 |
|  |  | **$478.69** |

### Long Distance Telephone Charges

| Date | Description | Amount |
|---|---|---|
| 06/15/05 | 12:25 06/15/05 516-374-3705 Cedarhurst NY | 1.57 |
| 06/15/05 | 09:09 06/15/05 516-374-3705 Cedarhurst NY | 1.79 |