UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: <br><br> HEARTLAND TECHNOLOGY, INC., <br><br> Debtor. | ) ) ) ) ) ) ) ) ) | Chapter 11 <br><br> Case No. 05 B 23747 <br><br> Honorable Eugene Wedoff |
| In re: <br><br> SOLDER STATION-ONE, INC., <br><br> Debtor. | ) ) ) ) ) ) ) ) ) | Chapter 11 <br><br> Case No. 05 B 23755 <br><br> Honorable Eugene Wedoff |
| In re: <br><br> HTI P.G. DESIGN ELECTRONICS, INC., <br><br> Debtor. | ) ) ) ) ) ) ) ) ) | Chapter 11 <br><br> Case No. 05 B 23750 <br><br> Honorable Eugene Wedoff |
| In re: <br><br> HTI Z CORPORATION, <br><br> Debtor. | ) ) ) ) ) ) ) ) ) | Chapter 11 <br><br> Case No. 05 B 23752 <br><br> Honorable Eugene Wedoff |
| In re: <br><br> ZECAL TECHNOLOGY, LLC, <br><br> Debtor. | ) ) ) ) ) ) ) ) ) | Chapter 11 <br><br> Case No. 05 B 23759 <br><br> Honorable Eugene Wedoff |

## NOTICE OF MOTION

TO: SEE ATTACHED

PLEASE TAKE NOTICE that on **July 20, 2006**, at **10:00 a.m.**, we shall appear before the Honorable Eugene Wedoff, United States Bankruptcy Judge, the Northern District of Illinois, Eastern Division, Everett McKinley Dirksen Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, Courtroom 744 and shall then and there present the **MOTION FOR ENTRY OF FINAL DECREE CLOSING CASES**, a copy of which is attached and hereby served upon you.

Dated: July 6, 2006

Respectfully submitted,

WILLIAM KAYE, solely in his capacity as the Liquidating Trustee of the HTI Liquidating Trust

By: /s/ Geoffrey S. Goodman
One of his Attorneys

David B. Goroff (No. 6190039)
Geoffrey S. Goodman (No. 6272297)
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610
(312) 832-4500

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that on July 6, 2006, he served a true and correct copy of the MOTION FOR ENTRY OF FINAL DECREE CLOSING CASES to be served via U.S. Mail, first class, postage pre-paid, upon the individuals, as listed on the attached Service List.

/s/ Geoffrey S. Goodman

2

CHIC_1347127.1

## CREDITORS & PARTIES IN INTEREST SERVICE LIST

ADVANCED PLASTIC & MATERIAL
C/O SLATER & TENGLIA, P.A.
301 3RD STREET
OCEAN CITY, NJ 08226

ALTHOR PRODUCTS
23 FRANCIS CLARKE CIRCLE
BETHEL, CT 06801

ASSOCIATED RACK CO
C/O NCO FINANCIAL SYSTEMS
3850 N CAUSEWAY BLBD, SUITE 200
METAIRIE, LA 70002

ATTEST SYSTEMS, INC.
C/O CA SERVICE BUREAU OF MARIN CTY
PO BOX 1828
NOVATO, CA 94948

BLUESTONE MOTOR LINES
2901 ELLSWORTH ROAD
NORTONVILLE, KS 66060

CASCADE MICROTECH
2430 N.W. 206TH
BEAVERTON., OR 97006

CERAMTEC NORTH AMERICA
C/O MCKENZIE, BECKER & STEPHENS
PO BOX 1967, 8 HOLLEY STREET
LAKEVILLE, CT 06039

COLE PARMER INSTRUMENT
C/O DON MAR SERVICE CORPORATION
500 W PALATINE ROAD
WHEELING, IL 60090-5842

DAVIS INTERNATIONAL
1225 CLIFFORD AVE
ROCHESTER, NY 14621

DAY-TIMER
PO BOX 27001
LEHIGH VALLEY, PA 18002-7001

DELAWARE SECRETARY OF STATE
PO BOX 74072
BALTIMORE, MD 21274-4072

DELTA SALES ASSOCIATES
PO BOX 238
BUFFALO, NY 14231-0238

DORITEX CORP.
C/O AARON, DAUTCH, STERNBERG
43 COURT STREET, SUITE 730
BUFFALO, NY 14202-3172

DYNATRONIX
462 GRIFFIN BLVD.
AMERY, WI 54001

EARTHLINK
C/O KEVIN L. STRING, L.P.A.
PO BOX 221406
CLEVELAND, OH 44122

ELECTRONIC CIRCUIT SUPPLIES
1022 BUTLER PARK RD.
WASHINGTON, NJ 07882

EDWARDS PRESS
C/O TELLER, LEVIT & SILVERTRUST, P.C.
11 EAST ADAMS STREET
CHICAGO, IL 60603

ETCHOMATIC
C/O UNITED MERCANTILE AGENCIES
7-11 SOUTH BROADWAT
WHITE PLAINS, NY 10602-0829

FISHER SCIENTIFIC
7373 KIRKWOOD COURT
SUITE 200
MINNEAPOLIS, MN 55369

FLEET NATIONAL BANK
C/O HAMILTON COLLECTION AGENCY
PO BOX 419
EAST BRUNSWICK, NJ 08816

FRONTIER TELEPHONE
C/O CREDIT BUREAU OF ROCHESTER
19 PRINCE STREET
ROCHESTER, NY 14607

GE CAPITAL MODULAR SPACE
C/O LOCKE ASSOCIATES
3612 WEST AVENUE
BURLINGTON, IA 52801

WW GRAINGER
C/O GETMAN BIRYLA, LLP
800 RAND BUILDING, 14 LAFAYETTE SQ
BUFFALO, NY 14203-1995

GREENWALD & BASCH, LLP
349 WEST COMMERCIAL STREET
SUITE 2490
EAST ROCHESTER, NY 14445

CHIC_1286788.3

HACH COMPANY
C/O DAL, INC.
300 EAST MADISON AVENUE
CLIFTON HEIGHTS, PA 19018-0162

HP FINANCIAL SERVICES
420 MOUNTAIN AVENUE
PO BOX 6
MURRAY HILL, NJ 07974

HI-REL LABORATORIES
6116 NORTH FREYA
SPOKANE, WA 99217

KEPPLER CULLIGAN
31 LEWIS ROAD
AKRON, NY 14001

KOPYKAT
2207 SHERBURNE RD
WALWORTH, NY 14568-9589

LAB SAFETY SUPPLY
C/O MCCARTHY, BURGESS & WOLFF
26000 CANNON ROAD
CLEVELAND, OH 44146

LIFE SCIENCE LABORATORIES
5854 BUTTERNUT DR.
E. SYRACUSE, NY 13057

RW LINDSAY
581 ROCK BEACH ROAD
ROCHESTER, NY 14617

MACMILLAN, SOBANSKI & TODD, LLC
ONE MARITIME PLAZA, FOURTH FLOOR
720 WATER STREET
TOLEDO, OH 43604

MANCUSO BUSINESS DEVELOPMENT GROUP
56 HARVESTER AVE.
BATAVIA, NY 14020

MANUFACTURERS NEWS
C/O D&B RECEIVABLE MGMT
PO BOX 523
RICHFIELD, OH 44286

MATRIX COMMUNICATIONS GROUP
126 DWIGHT PARK CIRCLE
SYRACUSE, NY 13209

MEGAPHASE, LLC
C/O DAL, INC.
300 EAST MADISON AVENUE
CLIFTON HEIGHTS, PA 19018-0162

NATIONWIDE LIFE INSURANCE
P.O. BOX 2399
COLUMBUS, OH 43216

NEXTEL PARTNERS
C/O AWA COLLECTIONS
PO BOX 6605
ORANGE, CA 92863-6605

PAETEC COMMUNICATIONS
C/O CAPITAL MGMT SERVICES
726 EXCHANGE STREET, SUITE 700
BUFFALO, NY 14210

PITNEY BOWES CREDIT CORP
C/O CAINE & WEINER
15025 OXNARD ST, SUITE 100
VAN NUYS, CA 91409-8500

QUILL CORPORATION
C/O KEVIN L. STRING, L.P.A.
PO BOX 221406
CLEVELAND, OH 44122

RELIABLE CORPORATION
C/O KEVIN L. STRING, L.P.A.
PO BOX 221406
CLEVELAND, OH 44122

SETON CORPORATION
C/O VENGROFF, WILLIAMS & ASSOCIATES
PO BOX 4155
SARASOTA, FL 34230-4155

SPECIALTY TECHNICAL PUBLISHERS
UNIT 10, 1225 EAST KEITH ROAD
NORTH VANCOUVER, B.C. V7J 1J3

SPECTRUM
FILE NO 11990
LOS ANGELES, CA 90074-1990

SPRINT CONFERENCING SERVICES
PO BOX 101343
ATLANTA, GA 30392-1343

SPRINT PCS
C/O HARVARD COLLECTION SERVICES
4839 N. ELSTON AVENUE
CHICAGO, IL 60630-2534

SPRINT COMMUNICATIONS
C/O NCO FINANCIAL SYSTEMS
PO BOX 41417, DEPT 99
PHILADELPHIA, PA 19101

STAPLES
DEPT 82
PO BOX 9020
DES MOINES, IA 50368-9020

SUBURBAN PROPANE
3225 CHILI AVE.
ROCHESTER, NY 14624

TECHNIC, INC.
P.O. BOX 9650
PROVIDENCE, RI 02940

TECHNI-TOOL
1547 N. TROOPER ROAD
P.O. BOX 1117
WORCESTER, PA 19490-1117

TERMINIX
C/O NATIONWIDE CREDIT, INC.
2015 VAUGHN ROAD, BLDG. 400
KENNESAW, GA 30144-7802

TMP.WORLDWIDE
225 WEST WACKER DRIVE, SUITE 2100
CHICAGO, IL 60606-1229

ULINE
C/O MCCARTHY, BURGESS & WOLFF
26000 CANNON ROAD
CLEVELAND, OH 44146

UPS
C/O D&B RECEIVABLE MGMT
PO BOX 523
RICHFIELD, OH 44286

US FILTER
C/O ALLAN R. TITLEBAUM & ASSOCIATES
P.O. BOX 1008
ARLINGTON HEIGHTS, IL 60006

VERIZON
C/O CBCS
P.O. BOX 69
COLUMBUS, OH 43216

VWR INTERNATIONAL
C/O UNITED MERCANTILE AGENCIES
7-11 SOUTH BROADWAY
WHITE PLAINS, NY 10602-0829

XEROX CORPORATION
C/O S.S. SAMPLINER & CO., INC.
505 EIGHTH AVE.
NEW YORK, NY 10018

XPEDX
C/O AMERICAN BUREAU OF COLLECTIONS
1100 MAIN STREET
BUFFALO, NY 14209-2356

ADCOM EXPRESS
PO BOX 390048
MINNEAPOLIS, MN 55439

AMERICAN STOCK EXCHANGE, LLC
9509 KEY WEST AVENUE
ROCKVILLE, MD 20850

BARRIS SOTT DENN DRIKER, PLLC
211 WEST FORT STREET, 15TH ST
DETROIT, MI 48226-3281

DEPOSITORY TRUST COMPANY
55 WATER STREET, 49TH FLR
NEW YORK, NY 10041
D.F. KING & CO., INC
PO BOX 1701
NEW YORK, NY 10268-1701

ERNST & YOUNG
B OF A - CHIC. PO BOX 96550
CHICAGO, IL 60693

LASALLE BANK
PO BOX 729
CHICAGO, IL 60690-0729

MEDIA GENERAL FINANCIAL SERVICES
PO BOX 85333
RICHMOND, VA 23293

ZIGMAN, JOSEPH, STEPHENSON
735 W WISCONSIN AVE, SUITE 1200
MILWAUKEE, WI 53233

EDWIN JACOBSON
434 JOHN PETTUS ROAD
GOLIAD, TX 77963

SANDRA M. ANDERSEN
3215 S 52 CT
CICERO, IL 60650

MURREL ANTHONY &
MARGARET ANTHONY JT TEN
BOX 356
LANNON, WI 53046

MISS CARRIE E. AUGHENBAUGH
354 W. PHILADELPHIA ST
YORK, PA 17404

3

CHIC_1286788.3

MAURICE HOLLANDE BELPAUME
THE CHASE MANHATTAN BANK N A
SECURITIES SERVICE, 22ND FL
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

THOMAS I BRENNAN
329 N. MAIN STREET
NEW CITY, NY 10956

ELEANOR C. BROSNAN
4 ROYAL PALM WAY APT 4308
BOCA ROTON, FL 33432

MRS. ELSA QUETTING BUNCE
43-17 221ST ST
BAYSIDE L I, NY 11361

KAREN CARMICHAEL
3110 MAIN ST
TAMPA, FL 33607

ALPHONSE CARUSO
505 E FAIRMONT DR
TEMPE, AZ 85282

CITY OF STOCKTON CALIFORNIA
ATT G E POEHNER CITY TREAS
C/O CITY HALL
STOCKTON, CA 95202

LAWRENCE T COOK
EX EST MRS ELLA W MCNULTY
C/O COOK & COOK
320 N GEORGE ST
ROME, NY 13440

RICHARD S. CONSTANTE CUST
MICHAEL R. CONSTANTE
UNIF GIFT MIN ACT ILL
4731 W SCHUBERT
CHICAGO, IL 60639

THE CREDIT LYONNAIS
8494 QUEEN VICTORIA ST
BOX 81
LONDON, ENGLAND EC4P 4LX

CHRISTINE CAMOUGIS CUNAVELIS
97 ELM STREET
SHREWSBURY, MA 01545

FRANK DARPA &
ROSE DARPA JT TEN
1608 N MAC DILL
TAMPA, FL 33607

CRAIG DOUGHERTY
PO BOX 7277
LONG BEACH, CA 90807-0277

WILLIAM A DRAYTON JR.
C/O MERRILL LYNCH PIERCE
FENNER & SMITH
165 BROADWAY
NEW YORK, NY 10007

WILLIAM A DURCAN
460 TARRY TOWN ROAD
WHITE PLAINS, NY 10607

MARY S. EGAN
182 HICKORY ST
MAHTOMEDI, MN 55100

SAMUEL D. EHRLICH CUST
LINDA EHRLICH
4517 TAMWORTH CT
ORLANDO, FL 32809

LIONEL S. GOLDMAN
51 COLBOURNE CRESCENT
BROOKLINE, MA 02146

ROBERT J GOLUB
3541 S 47TH ST
MILWAUKEE, WI 53220

JOHN A. GOODNO
7375 BIG CYPRESS COURT
MIAMI, FL 33014

FLORENCE HARTLEY
THE FIRST NATL BANK OF CHICAGO
C/O RESEARCH DEPT
ONE FIRST NATION PLAZA
CHICAGO, IL 60670

LEO HAWKINS
4029 E G ST
TOCOMA, WA 98404

PETER HEALY
263 COUNTRY CLUB DR
WARWICK, RI 02888

MRS MARGARET HOLLER
VALDESE GENERAL HOSPITAL
VALDESE, NC 28690

CHARLES C. HUNTER
BOX 609
HASTINGS, NE 68901

4

CHIC_1286788.3

H WESSELIUS & CO
DRIEKONINGENSTRAAT 4
AMSTERDAM, HOLLAND

MONSIEUR BERTHOU JACQUES
PLACE VICTOR HUGO
LAON AISNE, FRANCE

SPENCER JOHNSON
1150 FENWICK AVENUE
COOS BAY, OR 97420-3019

JOSEPH H LOVEMAN
333 HARLEM LANE
CATONSVILLE, MD 21228

DAVID E MADGE
C/O WEST SENECA HIGH SCHOOL
4 ROYAL CREST DR
ORCHARD PARK, NY 14127

HURLBERT MC ANDREW
326 UNION AVE
MAMORONECK, NY 10543

MISS MARY MC DONALD
7 MAPLE HILL ROAD
HOPKINS, MN 55343

WARREN R MCGEE
MRS BERNICE MCGEE JT TEN
427 S 8TH
LIVINGTON, MT 59047

TREVOR L MC KISSICK
BOX 4648
MACOM, GA 31208

VIRGINIA W PARSONS
RIVER RD
CAPE NEDDICK, ME 03902

ROBERT L PERKINS JR.
154 E CLINTON AVE
TENAFLY, NJ 07670

ROGER A PIES
8205 BELLSMILL RD
POTOMAC, MD 20854

PATRICK POWERS
PRINS HENDRIKHON 4
WASSENAAR
THE NETHERLANDS

MORRIS J RABE III
2010 S SALCEDO ST
NEW ORLEANS, LA 70125

MARY E. RICHARDS
3814 N 15TH ST
PHILADELPHIA, PA 19140

EVERETT M. ROOT &
MRS LAURA E ROOT JT TEN
165 S LAYTON DR
LOS ANGELES, CA 90049

FRED A ROZUM CUST
DAVID W ROZUM
UNIF GIFT MIN ACT ILL
516 W JUDD
WOODSTOCK, IL 60098

LLOYD A SALKED &
PATRICIA A SALKELD JT TEN
10352 WISH AVE
GRANADA HILLS, CA 91344

JESSIE E SCOTT
3811 14TH ST S
ARLINGTON, VA 22204

SMITH BARNEY HARRIS UPHAM & CO
INCORPORATED
333 WEST 34TH STREET
NEW YORK, NY 10001

MISS MAE STANLEY
2924 E 92ND ST
CHICAGO, IL 60617

JAMIE G STEUER CUST
JAMIE E STEUER
UNIF GIFT MIN ACT WIS
81 CAMBRIDGE RD
MADISON, WI 53704

ST MARKS HOSPITAL
2ND W & 7TH N
SALT LAKE CITY, UT 84103

MISS ROSEMARY R. TAFARO
P.O. BOX 10293
NEW ORLEANS, LA 70181-0293

ISABELLE VASTICAR
THE FIRST NATL BANK OF CHICAGO
C/O RESEARCH DEPT
ONE FIRST NATION PLAZA
CHICAGO, IL 60670

5

CHIC_1286788.3

ALBERT J WEISS CUST
DAVID WEISS
UNIF GIFT MIN ACT MD
8201 CRANDWOOD CT
BALTIMORE, MD 21208

EMORY WILLIAMS
1630 NORTH SHERIDAN ROAD
WILMETTE, IL 60091

MISS CARRIE E. AUGHENBAUGH
354 W PHILADELPHIA ST
YORK PA 17404

ELTON B BARNES &
STELLA C BARNES JT TEN
4102 CAMINO DE LA COLINA
TUSCON AZ 85711

MAURICE HOLLANDE BELPAUME
THE CHASE MANHATTAN BK N A
SECURITIES SERVICE, 22ND FL
1 CHASE MANHATTAN PLAZA
NEW YORK NY 10005

WALTER W BIRCHETT &
FRANCES H BIRCHETT JT TEN
4926 SEDGWICK ST NW
WASHINGTON DC 20016

MRS ELSA QUETTING BUNCE
43-17 221ST ST
BAYSIDE L I NY 11361

MARY ELLEN W CARRUTH
681 RAZORBACK RD
FAYETTEVILLE AR 72701

CEDE & CO
P O BOX 20
BOWLING GREEN STATION
NEW YORK NY 10274

MISS LAUREL A DIMMINGER
709 PKWY S
SAN FRANCISCO CA 94080

WILLIAM A DRAYTON JR.
C/O MERRIL LYNCH PIERCE
FENNER & SMITH
165 BROADWAY
NEW YORK NY 10007

WILLIAM A DURCAN
460 TARRY TOWN RD
WHITE PLAINS NY 10607

PAULINE FEDER
176 SALEM RD
WESTBURY L I NY 11590

HARTWELL E GEX
1217 EAST SECOND PASS
CHRISTIAN MS 39571

JOSEPH W GEX
966 SOUTH BEACH BAY
ST LOUIS MS 39520

LIONEL S GOLDMAN
51 COLBOURNE CRESCENT
BROOKLINE MA 02146

LLEWELLYN D GRIFFITHS
302 N ABINGTON RD
CLARKS GREEN PA 18411

MRS NANCY B HUGHES
1011 PINEWOOD CRESCENT
OTTOWA ONT CANADA

MONSIEUR BERTHOU JACQUES
PLACE VICTOR HUGO
LAON AISNE, FRANCE

HURLBERT MC ANDREW
326 UNION AVE
MAMARONECK, NY 10543

SAMUEL NADLER
3445 ROYAL PALM AVE
MIAMI BEACH FL 33140

MRS MARY PERLSTEIN
815 S BROAD ST
TRENTON NJ 08611

GEORGE & BERNADETTER SPRINGER
1033 S BELMONT AVE
ARLINGTON HEIGHTS IL 60005

ZECAL, INC.
53 W JACKSON BLVD
SUITE 1150
CHICAGO, IL 60604

STATE OF CALIFORNIA
STATE BOARD OF EQUALIZATION
PROPERTY AND SPECIAL TAXES
DEPARTMENT
450 N STREET
SACRAMENTO CA 94279-0030

6

CHIC_1286788.3

OMEGA SUPERFUND SITE
C/O LOEB & LOEB LLP
ALBERT M. COHEN
10100 SANTA MONICA BOULEVARD
SUITE 2200
LOS ANGELES CA 90067-4164

DELAWARE FRANCHISE TAX (ACCRUED)
DIVISIONS OF CORPORATIONS
PO BOX 898
DOVER, DE 19903

SOLDER STATION ONE
53 WEST JACKSON BLVD
SUITE 1150
CHICAGO, IL 60604

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
230 S. DEARBORN
STOP 5014 CHI
CHICAGO, IL 60604

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
230 S. DEARBORN
STOP 5016-CHI
CHICAGO, IL 60604

WORLDWIDE ASSET PURCHASING, LLC
P.O. BOX 672047
MARIETTA, GA 30006

NEIL G. MULLALLY
4097 BRAEBURN DRIVE
MUSKEGON, MI 49441

SECURITIES AND EXCHANGE COMMISSION
ATTN: BRANCH OF REORGANIZATION
175 WEST JACKSON STREET
SUITE 900
CHICAGO, IL 60604

PATRICK J. FITZGERALD, U.S. ATTORNEY
GENERAL
U.S. DEPARTMENT OF JUSTICE
219 SOUTH DEARBORN STREET, SUITE 500
CHICAGO, IL 60604
312.353.5300

ILLINOIS DEPARTMENT OF REVENUE
100 W. RANDOLPH STREET
SUITE 7-500
CHICAGO, IL 60601

CALIFORNIA BOARD OF EQUALIZATION
PO BOX 942879
SACRAMENTO, CA 94279-0090

CALIFORNIA FRANCHISE TAX BOARD
PO BOX 942840
SACRAMENTO, CA 94240-0040

LISA MURRAY MADIGAN
ILLINOIS ATTORNEY GENERAL
OFFICE OF THE ATTORNEY GENERAL
CHICAGO MAIN OFFICE
100 WEST RANDOLPH STREET
CHICAGO, IL 60601
312.814.3000

ASSOCIATE AREA COUNSEL, SB/SE
INTERNAL REVENUE SERVICE
SUITE 2300
200 WEST ADAMS STREET
CHICAGO, IL 60606-5208

OFFICE OF CALIFORNIA
ATTORNEY GENERAL
300 SPRING STREET
LOS ANGELES, CA 90013
213.897.2000
213.897.2808 – FAX

CALIFORNIA EMPLOYMENT DEVELOPMENT
DEPARTMENT
PO BOX 826276
SACRAMENTO, CA 94230-6276

ILLINOIS DEPARTMENT OF REVENUE
MAIL STOP 5010 CHI
230 S. DEARBORN STREET
CHICAGO, IL 60604

7

CHIC_1286788.3

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| HEARTLAND TECHNOLOGY, INC., | ) ) ) | Case No. 05 B 23747 |
| Debtor. | ) ) ) | Honorable Eugene Wedoff |
| In re: | ) ) | Chapter 11 |
| SOLDER STATION-ONE, INC., | ) ) | Case No. 05 B 23755 |
| Debtor. | ) ) ) | Honorable Eugene Wedoff |
| In re: | ) ) | Chapter 11 |
| HTI P.G. DESIGN ELECTRONICS, INC., | ) ) | Case No. 05 B 23750 |
| Debtor. | ) ) ) | Honorable Eugene Wedoff |
| In re: | ) ) | Chapter 11 |
| HTI Z CORPORATION, | ) ) | Case No. 05 B 23752 |
| Debtor. | ) ) ) | Honorable Eugene Wedoff |
| In re: | ) ) | Chapter 11 |
| ZECAL TECHNOLOGY, LLC, | ) ) | Case No. 05 B 23759 |
| Debtor. | ) ) ) | Honorable Eugene Wedoff |

CHIC_1345435.1

## MOTION FOR ENTRY OF FINAL DECREE CLOSING CASES

William Kaye, solely in his capacity as the Liquidating Trustee of the HTI Liquidating Trust (the "Liquidating Trustee"), by and through his attorneys, hereby moves this Court (the "Motion") for entry of a final decree closing the following chapter 11 bankruptcy cases pursuant to 11 U.S.C. § 350 and Federal Rule of Bankruptcy Procedure 3022 (the "Proposed Closed Cases"):

- In re P.G. Design Electronics, Inc., Case No. 05-23750;
- In re HTI Z Corporation, Case No. 05-23752;
- In re Solder-Station One, Inc., Case No. 03-23755; and
- In re Zecal Technology, LLC, Case No. 05-23759.[1]

In support of this motion (the "Motion"), the Liquidating Trustee respectfully states as follows:

### BACKGROUND

1. On June 15, 2005 (the "Petition Date"), Heartland Technology, Inc. ("HTI"), Solder Station-One, Inc. ("Solder"), HTI P.G. Design Electronics, Inc. ("PG Design"), HTI Z Corporation ("HTI Z") and Zecal Technology, LLC ("Zecal" and, collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

2. The Debtors' cases are jointly administered under the HTI case number.

3. On August 23, 2005, this Court entered an order (the "Confirmation Order") confirming the Debtors' First Amended Joint Plan of Liquidation dated July 15, 2005 (the

---

[1] As set forth below, the Liquidating Trustee is not moving to close the Heartland Technology, Inc. case at this time (Case No. 05-23747).

2

CHIC_1345435.1

"Plan"). The effective date of the Plan was November 15, 2005 (the "Effective Date"). Capitalized terms not otherwise defined in this Motion shall have the meanings ascribed to them in the Plan.

4. On the Effective Date, the Liquidating Trust was created and the Liquidating Trustee was appointed to, among other things, administer the Debtors' estates and make all distributions required under the Plan.

5. Pursuant to Section 5.03 of the Plan, the Liquidating Trustee is authorized to "distribute such cash or other assets to holders of Allowed Claims in Classes 4, 5, and 6 and holders of Claim entitled to distributions under the Plan that were Allowed on the Initial Distribution Date . . . ." Consistent with this grant of authority, the Liquidating Trustee has made distributions to holders of allowed claims in accordance with the Plan, as more fully set forth below.

6. Pursuant to Article 12 of the Plan, the Court retains jurisdiction over the Debtors' cases for the purposes of, among other things, entering a final decree and resolving various post-confirmation matters. By this Motion, the Liquidating Trustee requests that this Court enter a final decree closing all of the Proposed Closed Cases pursuant to § 350 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 3022.

## CLASSES OF CLAIMS AND DISTRIBUTIONS MADE TO DATE

7. The Plan created the following classes of claims and interests: (a) Class 1 consisted of all Priority Claims which are entitled to priority status in accordance with §§ 507(a)(3), (4) and (6) of the Bankruptcy Code; (b) Class 2 consisted of the Secured Claims of Heartland Partners; (c) Class 3 consisted of the Other Secured Claims; (d) Class 4 consisted of the general Unsecured Claims against HTI; (e) Class 5 consisted of general Unsecured Claims

3

against Solder; (f) Class 6 consisted of general Unsecured Claims against PG Design, HTI Z and Zecal; (g) Class 7 consisted of Intercompany Claims; and (h) Class 8 consisted of Equity Interests.

8. The table below describes the Plan's treatment of each class of claims and interests and the distributions made to date by the Liquidating Trustee on account of allowed claims:

| CLASS OF CLAIMS OR INTERESTS | TREATMENT OF CLAIM UNDER PLAN | DISTRIBUTIONS MADE TO DATE BY THE LIQUIDATING TRUSTEE |
|---|---|---|
| Class 1 -- Priority Claims | Paid in full in cash as soon as practicable after Effective Date. | Distributions complete; $22,687.27 distributed to holders of allowed Class 1 Claims. |
| Class 2 -- Heartland Partners Claims | Paid in full on Effective Date as part of Heartland CMC Settlement. | Distributions complete; Heartland CMC Settlement consummated. |
| Class 3 -- Other Secured Claims | Paid in full in cash as soon as practicable after Effective Date. | Distributions complete; no allowed Other Secured Claims. |
| Class 4 -- General Unsecured Claims against HTI | Pro rata share of HTI's assets, which are principally the proceeds of the Heartland CMC Settlement. | Interim Distribution made – distributions not yet complete; $268,261.06 distributed to date to holders of allowed Class 4 Claims. |
| Class 5 -- General Unsecured Claims against Solder | Pro rata share of Solder Assets; some cash and Solder's accounts receivable. | Distributions to be completed by the hearing on this Motion. |
| Class 6 -- General Unsecured Claims against PG Design, HTI Z and Zecal | Pro rata share of $10,000. | Distributions almost complete; $9,354.48 distributed to holders of allowed Class 6 Claims; remaining distributions merely awaiting completion of W-9's. |
| Class 7 -- Intercompany Claims | No distributions | N/A |
| Class 8 – Equity Interests | No distributions | N/A |

CHIC_1345435.1

## RELIEF REQUESTED

9.  The Liquidating Trustee hereby requests that this Court enter an order and final decree closing the Proposed Closed Cases. Closing these cases will relieve the Liquidating Trustee of the obligation to pay quarterly fees to the U.S. Trustee and is proper because distributions to the holders of allowed claims in the Proposed Closed Cases have been, or will shortly be, completed by the Liquidating Trustee. Furthermore, no creditor of the Debtors would be prejudiced by closing the Proposed Closed Cases.

10. The Liquidating Trustee also requests that this Court authorize him to make any final distributions necessary in the Proposed Closed Cases without further notice or order of this Court.

## APPLICABLE AUTHORITY

11. Section 350(a) of the Bankruptcy Code states that "after an estate is fully administered and the court has discharged the trustee, the court shall close the case." 11 U.S.C. § 350. Rule 3022 implements this section of the Bankruptcy Code in chapter 11 cases and provides: "After an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case." Fed. R. Bankr. P. 3022.

12. The Advisory Committee Note to Rule 3022 provides in pertinent part:

> Entry of a final decree closing a chapter 11 case should not be delayed solely because the payments required by the plan have not been completed. Factors that the court should consider in determining whether the estate has been fully administered include (1) whether the order confirming the plan has become final, (2) whether deposits required by the plan have been distributed, (3) whether the property proposed by the plan to be transferred has been transferred, (4) whether the debtor or the successor of the debtor under the plan has assumed the business or the management of the property dealt with by the plan, (5) whether payments under

5

CHIC_1345435.1

the plan have commenced, and (6) whether all motions, contested matters, and adversary proceedings have been finally resolved.

The court should not keep the case open only because of the possibility that the court's jurisdiction may be invoked in the future. . . .

13. This district has adopted the foregoing language of the Advisory Committee Note to Rule 3022 (the "Committee Note") in a similar situation. See In re Mold Makers, Inc., 124 B.R. 766, 768 (Bankr. N.D. Ill. 1990). In Mold Makers, the Court stated that "all of the factors in the Committee Note need not be present before the Court will enter a final decree. Instead, the Committee Note and the factors therein merely serve as a guide in assisting the Court in its decision to close a case." Id. The Court likened the analysis under Rule 3022 to substantial consummation of a plan of reorganization under § 1101(2) of the Bankruptcy Code, and entered a final decree despite the fact that all payments had not yet been made under the plan. Id. at 768-69.[2] See also In re Wade, 991 F.2d 402, 406 n.2 (7th Cir. 1992) (citing Mold Makers with approval); In re Jordan Mfg. Co., 138 B.R. 30, 35 (Bankr. C.D. Ill. 1992) ("The Advisory Committee Notes to current Bankruptcy Rule 3022 incorporate the standard of substantial consummation found in Section 1101(2) for determining whether the estate has been fully administered and a final decree should issue . . . ."); In re Bankeast Corporation, 132 B.R. 665, 668 n.3 (Bankr. D.N.H. 1991) ("This Court deems a chapter 11 estate to be "fully administered" pursuant to Bankruptcy Rule 3022 at the point of substantial consummation as defined by § 1101(2) of the Bankruptcy Code.").

---

[2] Nearly all of the components of the Bankruptcy Code's definition of "substantial consummation" under § 1101(2) are contained within the Committee Note. Specifically, § 1101(2) defines "substantial consummation" as: "(A) transfer of all or substantially all of the property proposed by the plan to be transferred; (B) assumption by the debtor or by the successor to the debtor under the plan of the business or of the management of all or substantially all of the property dealt with by the plan; and (C) commencement of distribution under the plan."

CHIC_1345435.1

14. In this case, substantial consummation of the Plan has occurred, and nearly all of the factors listed in the Committee Note have been satisfied: (a) The order confirming the Plan has become final and the Effective Date has occurred; (b) deposits of cash required by the Plan have been made and distributed; (c) substantially all of the property proposed by the Plan to be transferred in the Proposed Closed Cases has in fact been transferred; (d) payments and distributions under the Plan in the Proposed Closed Cases have not only commenced but are nearly completed; and (e) all motions, contested matters, and adversary proceedings in the Proposed Closed Cases will be finally resolved on or before the date of presentment of this Motion.

15. The entry of an order and final decree closing the Proposed Closed Cases thus is appropriate.

## NOTICE

16. Notice of this Motion has been given to: (a) the United States Trustee, (b) all creditors in the Proposed Closed Cases; (c) the twenty-five largest creditors of the Debtors on a consolidated basis; and (d) other parties requesting service of notices or pleadings pursuant to Bankruptcy Rule 2002.

7

CHIC_1345435.1

WHEREFORE, the Liquidating Trustee requests that the Court enter an order, in the form, attached hereto: (i) granting this Motion and entering a final decree closing the Proposed Closed Cases; (ii) authorize the Liquidating Trustee to make any final distributions necessary in the Proposed Closed Cases without further notice or order of this Court; (iii) granting such other and further relief as the Court deems appropriate under the circumstances.

Dated: July 6, 2006

>Respectfully submitted,
>WILLIAM KAYE, solely in his capacity as the Liquidating Trustee of the HTI Liquidating Trust
>
>By: s/ Geoffrey S. Goodman
>One of his Attorneys

David B. Goroff (No. 6190039)
Geoffrey S. Goodman (No. 6272297)
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, IL 60610
(312) 832-4500

8

CHIC_1345435.1