UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| HEARTLAND TECHNOLOGY, INC., | ) | |
| | ) | Case No. 05 B 23747 |
| | ) | |
| Debtor. | ) | Honorable Eugene Wedoff |
| | ) | |
| In re: | ) | |
| | ) | Chapter 11 |
| SOLDER STATION-ONE, INC., | ) | |
| | ) | Case No. 05 B 23755 |
| | ) | |
| Debtor. | ) | Honorable Eugene Wedoff |
| | ) | |
| In re: | ) | |
| | ) | Chapter 11 |
| HTI P.G. DESIGN ELECTRONICS, INC., | ) | |
| | ) | Case No. 05 B 23750 |
| | ) | |
| Debtor. | ) | Honorable Eugene Wedoff |
| | ) | |
| In re: | ) | |
| | ) | Chapter 11 |
| HTI Z CORPORATION, | ) | |
| | ) | Case No. 05 B 23752 |
| | ) | |
| Debtor. | ) | Honorable Eugene Wedoff |
| | ) | |
| In re: | ) | |
| | ) | Chapter 11 |
| ZECAL TECHNOLOGY, LLC, | ) | |
| | ) | Case No. 05 B 23759 |
| | ) | |
| Debtor. | ) | Honorable Eugene Wedoff |

CHIC_1347121.2

## ORDER AND FINAL DECREE CLOSING BANKRUPTCY CASES

This cause having come before the Court on the motion of William Kaye (the "Motion"), solely in his capacity as the Liquidating Trustee of the HTI Liquidating Trust (the "Liquidating Trustee"), for entry of a final decree closing the following chapter 11 bankruptcy cases pursuant to 11 U.S.C. § 350 and Federal Rule of Bankruptcy Procedure 3022 (the "Proposed Closed Cases"): (a) In re P.G. Design Electronics, Inc., Case No. 05-23750; (b) In re HTI Z Corporation, Case No. 05-23752; (c) In re Solder-Station One, Inc., Case No. 03-23755; and (d) In re Zecal Technology, LLC, Case No. 05-23759; the Liquidating Trustee having complied with the requirements of Federal Rule of Bankruptcy Procedure 3022; the above-named debtors (the "Debtors") having obtained confirmation of their First Amended Plan of Reorganization (the "Plan") by Order of this Court entered on August 23, 2005 (the "Confirmation Order"), the Plan having been substantially consummated, due and proper notice of the Motion having been given under the circumstances of this case, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted and the Proposed Closed Cases are closed, without further order or notice;

2. For the reasons stated in Court at the hearing on the Motion, the order authorizing the joint administration of the Debtors' cases, entered on July 7, 2005, is hereby vacated;

3. The Liquidating Trustee is authorized to make any final distributions necessary in the Proposed Closed Cases without further notice or order of this Court to all creditors who are entitled to receive such additional distributions pursuant to the terms of the Plan;

4. The chapter 11 case of Heartland Technology, Inc. (Case No. 05-23747) (the "HTI Case") is not being closed at this time;

5. The post-confirmation status hearing on the HTI Case is hereby continued to August 31, 2006 at 10:00 a.m.; and

6. All other provisions of the Plan and the Confirmation Order shall remain in full force and effect, subject to the terms of this Order.

Dated: _____, 2006

_____
United States Bankruptcy Judge

JUL 2 0 2006

Submitted By:

David B. Goroff (No. 6190039)
Geoffrey S. Goodman (No. 6272297)
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, IL 60610
(312) 832-4500

Counsel to the Liquidating Trustee

3

CHIC_1347121.2