## Heartland Technology, Inc.
## Tax Return Preparation Issues

1. Gathered necessary information and prepared of 2004 and 2005 Form 1099's and Form 1096.
2. Acquired available financial information and prepared the HTI Interests, LLC 2003 Form 1065, Maryland Form 510, Iowa Form 1065, Idaho Form 65, Illinois Form IL-1065, Minnesota Form M-3, Missouri Form MO-1065, Montana Form PR-1 and Wisconsin Form 3   This return had to be prepared because the income / loss from this LLC passed through to Heartland Technology, Inc. Preparation included state apportionment, debt allocation and partnership investment account maintenance.
3. Acquired available financial information and prepared the HTI Interests, LLC 2004 Form 1065, Maryland Form 510, Iowa Form 1065, Idaho Form 65, Illinois Form IL-1065, Minnesota Form M-3, Missouri Form MO-1065, Montana Form PR-1 and Wisconsin Form 3   This return had to be prepared because the income / loss from this LLC past through to Heartland Technology, Inc.  Preparation included state apportionment, debt allocation and partnership investment account maintenance.
4. Acquired available financial information and prepared the HTI Interests, LLC 2005 Form 1065, Maryland Form 510, Iowa Form 1065, Idaho Form 65, Illinois Form IL-1065, Minnesota Form M-3, Missouri Form MO-1065, Montana Form PR-1 and Wisconsin Form 3   This return had to be prepared because the income / loss from this LLC past through to Heartland Technology, Inc. Preparation included state apportionment, debt allocation and partnership investment account maintenance.
5. Preparation of the 2003 Heartland Technology, Inc. Consolidated Form 1120, Georgia Form 600, Idaho Form 41, Illinois Form IL-1120, Indiana Form IT-20, Iowa Form IA-1120, Michigan Form C-8000, Minnesota Form M4, Missouri Form MO-1120, Montana Form CLT-4, North Carolina Form CD-405, North Dakota Form 40 and Wisconsin Form WI 4.
6. Preparation of the 2004 Heartland Technology, Inc. Consolidated Form 1120, Georgia Form 600, Idaho Form 41, Illinois Form IL-1120, Indiana Form IT-20, Iowa Form IA-1120, Michigan Form C-8000, Minnesota Form M4, Missouri Form MO-1120, Montana Form CLT-4, North Carolina Form CD-405, North Dakota Form 40 and Wisconsin Form WI 4.
7. Preparation of the 2005 Heartland Technology, Inc. Consolidated Form 1120, Georgia Form 600, Idaho Form 41, Illinois Form IL-1120, Indiana Form IT-20, Iowa Form IA-1120, Michigan Form C-8000, Minnesota Form M4, Missouri Form MO-1120, Montana Form CLT-4, North Carolina Form CD-405, North Dakota Form 40 and Wisconsin Form WI 4.
8. Preparation of the 2003 HTI Z, Inc. subsidiary return, New York Form CT-3
9. Preparation of the 2004 HTI Z, Inc. subsidiary return, New York Form CT-3
10. Preparation of the 2005 HTI Z, Inc. subsidiary return, New York Form CT-3



11. Preparation of the 2003 PG Design Electronics, Inc. subsidiary return, Michigan Form C-8000
12. Preparation of the 2004 PG Design Electronics, Inc. subsidiary return, Michigan Form C-8000
13. Preparation of the 2005 PG Design Electronics, Inc. subsidiary return, Michigan Form C-8000
14. Preparation of the 2003 Solder Station-One, Inc. subsidiary return, California Form 100.
15. Preparation of the 2004 Solder Station-One, Inc. subsidiary return, California Form 100.
16. Preparation of the 2005 Solder Station-One, Inc. subsidiary return, California Form 100.
17. Analysis of the various entities to determine the corporate structure and flow of income and loss activity.
18. Analysis of the net operating loss carry-forward schedules for the parent and each subsidiary and related effects of elimination entries.
19. Analysis of the alternative minimum tax net operating loss carry-forward schedules for the parent and each subsidiary and related effects of elimination entries.
20. Preparation of elimination entries required to accurately prepare the 2003 Form 1120 Consolidated income return.
21. Preparation of elimination entries required to accurately prepare the 2004 Form 1120 Consolidated income return.
22. Preparation of elimination entries required to accurately prepare the 2005 Form 1120 Consolidated income return.
23. Research associated with cancellation of indebtedness issues associated with consolidated tax returns.
24. Preparation of the 2003 HTI Class B, LLC, single member LLC, trial balance in order to complete the Heartland Technology, Inc. trial balance.
25. Preparation of the 2004 HTI Class B, LLC, single member LLC, trial balance in order to complete the Heartland Technology, Inc. trial balance.
26. Preparation of the 2005 HTI Class B, LLC, single member LLC, trial balance in order to complete the Heartland Technology, Inc. trial balance.
27. Preparation of the 2003 HTI Class B, LLC, single member LLC, book to tax adjustments and record 2003 partnership flow through income / loss.
28. Preparation of the 2004 HTI Class B, LLC, single member LLC, book to tax adjustments and record 2004 partnership flow through income / loss.
29. Preparation of the 2005 HTI Class B, LLC, single member LLC, book to tax adjustments and record 2005 partnership flow through income / loss.
30. Preparation of the 2003 HTI Interests, LLC, trial balance in order to complete the Heartland Technology, Inc. trial balance.
31. Preparation of the 2004 HTI Interests, LLC, trial balance in order to complete the Heartland Technology, Inc. trial balance.
32. Preparation of the 2005 HTI Interests, LLC, trial balance in order to complete the Heartland Technology, Inc. trial balance.

33. Preparation of the 2003 HTI Interests, LLC, single member LLC, book to tax adjustments and record 2003 partnership flow through income / loss.
34. Preparation of the 2004 HTI Interests, LLC, single member LLC, book to tax adjustments and record 2004 partnership flow through income / loss.
35. Preparation of the 2005 HTI Interests, LLC, single member LLC, book to tax adjustments and record 2005 partnership flow through income / loss.
36. Preparation of the 2003 HTI Z Corporation, trial balance in order to complete the Heartland Technology, Inc. trial balance.
37. Preparation of the 2004 HTI Z Corporation, trial balance in order to complete the Heartland Technology, Inc. trial balance.
38. Preparation of the 2005 HTI Z Corporation, trial balance in order to complete the Heartland Technology, Inc. trial balance.
39. Preparation of the 2003 PG Design Electronics, Inc. trial balance in order to complete the Heartland Technology, Inc. trial balance.
40. Preparation of the 2004 PG Design Electronics, Inc. trial balance in order to complete the Heartland Technology, Inc. trial balance.
41. Preparation of the 2005 PG Design Electronics, Inc. trial balance in order to complete the Heartland Technology, Inc. trial balance.
42. Preparation of the 2003 HTI Z Corporation, book to tax adjustments.
43. Preparation of the 2004 HTI Z Corporation, book to tax adjustments.
44. Preparation of the 2005 HTI Z Corporation, book to tax adjustments.
45. Preparation of the 2003 PG Design Electronics, Inc. book to tax adjustments.
46. Preparation of the 2004 PG Design Electronics, Inc. book to tax adjustments.
47. Preparation of the 2005 PG Design Electronics, Inc. book to tax adjustments.
48. Preparation of the 2003 Heartland Technology, Inc. trial balance and related book to tax adjustments.
49. Preparation of the 2004 Heartland Technology, Inc. trial balance and related book to tax adjustments.
50. Preparation of the 2005 Heartland Technology, Inc. trial balance and related book to tax adjustments.