UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| HEARTLAND TECHNOLOGY, INC., | ) |
| | ) Case No. 05 B 23747 |
| | ) |
| Debtor. | ) Honorable Eugene Wedoff |
| | ) |
| | ) |

## ORDER AND FINAL DECREE CLOSING BANKRUPTCY CASE

This cause having come before the Court on the motion of William Kaye (the "Motion"), solely in his capacity as the Liquidating Trustee of the HTI Liquidating Trust (the "Liquidating Trustee"), for entry of a final decree closing the above-captioned case; the Liquidating Trustee having complied with the requirements of Federal Rule of Bankruptcy Procedure 3022; the above-named debtor (the "Debtor") having obtained confirmation of its First Amended Plan of Reorganization (the "Plan") by Order of this Court entered on August 23, 2005 (the "Confirmation Order"), the Plan having been substantially consummated, due and proper notice of the Motion having been given under the circumstances of this case, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1.  The Motion is granted and the above-captioned case is closed, without further order or notice;

2.  The Liquidating Trustee is authorized to make any final distributions necessary without further notice or order of this Court to all creditors who are entitled to receive such additional distributions pursuant to the terms of the Plan;

3.  The Liquidating Trustee will be deemed discharged of any further duties upon making any final distributions in this case; and

4.  All other provisions of the Plan and the Confirmation Order shall remain in full force and effect, subject to the terms of this Order.

Dated: December 18, 2007

United States Bankruptcy Judge

Submitted By:

David B. Goroff (No. 6190039)
Geoffrey S. Goodman (No. 6272297)
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, IL 60610
(312) 832-4500

Counsel to the Liquidating Trustee

2

CHIC_1347121.2